UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JEANNIE K. MAY, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case no. 4:14cv0578 TCM** |
| | ) | |
| NATIONSTAR MORTGAGE, LLC, | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This matter is before the Court on Defendant's motion for a protective order regarding Plaintiff's depositions of four current and former employees of Defendant, and to stay discovery until the motion for protective order is resolved, filed Apr. 1, 2015 [Doc. 78]. On April 3, 2015, this Court held a conference to address this motion at which Plaintiff's counsel participated by telephone and Defendant's counsel participated in person. See minute entry [Doc. 81]. During that conference it was brought to this Court's attention that a motion to quash the subpoenas for those four depositions had been filed in the United States District Court for the Northern District of Texas ("the Texas court"), Civ. Action No. 4:15-mc-9-0, where the depositions were scheduled to occur, and transferred by the Texas court to this Court. See attached copy of Order of the Texas court, dated April 3, 2015. That motion, which this Court will refer to as the motion to quash deposition subpoenas, was also discussed during the conference.

Upon careful consideration,

**IT IS HEREBY ORDERED** that a copy of the Texas order shall be attached to this order.

**IT IS FURTHER ORDERED** that Defendant's motion for a protective order and to stay discovery [Doc. 78] is **DENIED**.

**IT IS FURTHER ORDERED** that the four depositions of Defendant's former and current employees, as listed in the parties' motion materials, shall be scheduled for April 9, 2015, and April 10, 2015, at a time and location chosen by Plaintiff, but with consideration for the convenience of the four deponents.

**IT IS FINALLY ORDERED** that the motion to quash deposition subpoenas, which was transferred to this Court from the Texas court is **DENIED**.

 /s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of April, 2015.