# APPENDIX A

| Case Name | Citations | Court | Finding |
|---|---|---|---|
| Coyle v. Colvin | 2015 WL 1578238 | (W.D. Ark. 2015) | Situational anxiety is not questioned as a valid medical condition. Dr. H. Macon Landers, with Cooper Clinic Department of Internal Medicine assessed plaintiff with intestinal perforation, and situational anxiety and depression. (page 5) |
| Sell v. Colvin | 2015 WL 1298637 | (E.D. Tenn. 2015) | Situational anxiety is not questioned as a condition. Kelley Mayden, F.N.P., at McLeod Cancer and Blood Center diagnosed B12 deficiency, situational anxiety, chronic nonmalignant pain, among other diagnosis. (page 4) In this case the Court held that the ALJ did not err in denying her benefit claim. |
| Valero v. Colvin | 2015 WL 1201874 | (E.D. Cal. 2015) | Situational anxiety is not questioned as a condition. Tomas B. Rios, M.D. diagnosed Plaintiff with along with five other diagnoses situational anxiety. (page 1) The dispute in this case is mostly over whether the Plaintiff had carpal tunnel syndrome and whether the ALJ considered the doctor's opinion with the correct weight. |
| Muzichuck v. Forest Laboratories, Inc. | 2015 WL 235226 | (N.D. W.Va. 2015) | Situational anxiety is not questioned as a condition. Dr. Robert Bowers diagnosed plaintiff as depressed and suffering from situational anxiety. (page 4) This case is about the defendant's failure to warn about the side effects of a particular drug. The Court found that they had satisfied their burden of demonstrating the absence of any genuine issues of material fact. (page 13) |
| Green v. Taylor | 2014 WL 6693865 | (N.D. Cal. 2014) | Situational anxiety is not questioned as a condition. Dr. Friederichs assessed plaintiff as having (1) a contusion of the right shoulder, (2) situational anxiety and (3) xerosis of both lower extremities. (page 4) This case is about alleged abuse by officers on the detainee (Green). |
| Kutzer v. Colvin | 2014 WL 4796366 | (M.D. Pa. 2014) | Situational anxiety is not questioned as a condition. It is an assessment made by Community Counseling Service that the patient suffered from situational anxiety. (page 13) The Court upheld the Commissioners decision denying disability insurance benefits. (page 21). |
| Jones v. Colvin | 2014 WL 4796491 | (M.D. Pa. 2014) | Situational anxiety is not questioned as a condition. It is listed as claimant's medical records indicate that she suffers from among other diagnosis, situational anxiety. (page 12) The Court affirms the Commissioner's Decision. (page 14-15) |
| Allen v. Commissioner of Social Sec. | 2014 WL 4771933 | (S.D. Ohio 2014) | Situational anxiety is not questioned as a condition. Dr. Donaldson opined that Plaintiff suffered from situational anxiety and worry which makes him restless and edgy, but without panic-like symptoms. (page 5) The Court reverses and remands for a rehearing based on procedural issues. (page 13) |
| Chapman v. Colvin | 2014 WL 4472699 | (D. Or. 2014) | Situational anxiety is not questioned as a condition. Sheryl Hedges, PMHNP, explained that the plaintiff's anxiety had improved and was confined to situational anxiety. (page 4) The Court reversed and remanded based on a procedural issue of not giving enough weight to the opinion of the mental health examiners. (page 9) |
| Riggins v. Colvin | 2014 WL 4199353 | (N.D. Ala. 2014) | Situational anxiety is not questioned as a condition. Dr. Sherry A. Lewis assessed Plaintiff as having among other conditions situational anxiety. (page 3) The Court concluded that the ALJ's determination that Plaintiff is not disabled is supported by substantial evidence. (page 8) |
| Price v. Colvin | 2014 WL 3798966 | (D.S.C. 2014) | Situational anxiety is not questioned as a condition. Plaintiff was treated by Milton S. Costa, M.D. for among other conditions situational anxiety. (page 3) In addition, Judith Von, Ph.D. a state agency evaluator completed a psychiatric review technique and determined that Plaintiff's impairments included among other things situational anxiety. (page 6) The Court reversed and remanded the Commissioner's decision. (Page 23) |
| Trichak v. Colvin | 2014 WL 3408687 | (D. Colo. 2014) | Situational anxiety is not questioned as a condition. Dr. Tyler documented objective findings of among other assessments situational anxiety and disturbed sleep cycle secondary to pain. (page 3) The Court noted that "while the ALJ found that the objective findings did not document the severity of the findings in Dr. Tyler's assessment, this was an improper lay judgment. A doctor's statements about Plaintiff's condition or impairments 'are specific medical findings' which the ALJ errs in rejecting in the absence of conflicting medical evidence." (page 3) The Court reversed and remanded this case due to among other things not giving enough weight to Dr. Tyler's psychological examination. (page 6) |
| Rector v. Colvin | 2014 WL 2116851 | (N.D. Okla. 2014) | Situational anxiety is not questioned as a condition. Dr. Gordon diagnosed Rector with situational anxiety and depression secondary to unmet dependency needs on Axis 1. (page 10) The Court affirmed the decision of the Commissioner denying disability benefits. |
| Barker v. Colvin | 2014 WL 2095174 | (D.Me. 2014) | Situational anxiety is not questioned as a condition. The commissioner's sequential evaluation process found that plaintiff had nonsevere impairments of situational anxiety/depression among other things. (page 1) The court vacated and remanded the decision of the commissioner. |
| Willis v. Colvin | 2014 WL 1120009 | (W.D.N.C. 2014) | Situational anxiety is not questioned as a condition. The Plaintiff in this case was hospitalized for severe depression, situational anxiety over the recent death of her fiancé, alcohol intoxication, and drug abuse. (page 4) The Court affirmed the decision of the commissioner of denial of benefits because the mental health impairments were only experience during a one-month span. (page 5) |
| Rutherford v. Colvin | 2014 WL 800663 | (D.S.C. 2014) | Situational anxiety is not questioned as a condition. Carol Ann Gardner, CFNP, supervised by a Dr. Richardson noted that Plaintiff had situational anxiety/depression and that her MMP was stable. (page 10) The Plaintiff's internist categorized her anxiety as "situational" and change her medication to Wellbutrin. (page 19) In this case the Court agreed with ALJ that the claimant retained the ability to perform unskilled work. (page 19) |
| Peterson v. Colvin | 2014 WL 554266 | (D. Az. 2014) | Situational anxiety is not questioned as a condition. Dr. Andrew Johnston, M.D., her primary car physician, assessed situational anxiety with panic attacks and depression. (page 2) This case was remanded by the Court for further evaluation and to use different weight to the competing doctors' diagnosis. (page 8) |
| Hanenberger v. Colvin | 2014 WL 7647309 | (S.D. Ill. 2014) | Situational anxiety is not questioned as a condition. ALJ Muldoond found that plaintiff among other conditions had a history if situational anxiety and depression. (page 2) The Court was convinced that the ALJ committed no errors of law, and that his finding are supported by substantial evidence. (page 11) |
| Clower v. Colvin | 2014 WL 199259 | (S.D. W.Va. 2014) | Situational anxiety is not questioned as a condition. Plaintiff's Psychiatrist, Dr. Robertson, reported increased situational anxiety and increase her medication. At Plaintiff's' next visit the psychiatrist reported that continued to experience some situational anxiety. The court affirmed the final decision of the Commissioner to deny plaintiffs request for benefits. |
| Violan v. On Lok Senior Health Services | 2013 WL 6907153 | (N.D. Cal. 2013) | Situational Anxiety is not questioned as a condition. In this case a workers' compensation physician diagnosed the plaintiff with situational anxiety caused by work-related stress and placed her on medical leave. (page 15) This is an employment law case with several causes of action, the situational anxiety was related to the question of punitive damages and in this case the summary judgment on Plaintiff's prayer for punitive damages was denied. (page 15) |

| Case | Citation | Court | Notes |
|---|---|---|---|
| James v. Colvin | 2013 WL 6834363 | (E.D. La. 2013) | Situational anxiety is not questioned as a condition. In this case Dr. Clinton Haley from the North Texas Infectious Disease Consultants evaluated the plaintiff with more of a situational anxiety/depression rather than depression and changed her medication accordingly. (page 4) The ALJ decided to deny benefits because the plaintiffs depression was not a severe impairment. (page 10) The Court affirmed the ALJ decision. (page 14) |
| McDaniels v. Elfo | 2013 WL 7231585 | (W.D. Wash 2013) | Situational anxiety is not questioned as a condition. Defendants' own specialist (an outside doctor) said the plaintiff had eye-migraines from situational anxiety. (page 9) This is a case about a prisoners medical treatment plan. In this case the Court grants summary judgment in relation to plaintiff's medical treatment claims. (page 23) |
| Foster v. Shinseki | 2013 WL 5942708 | (Ct. App. Vet. Cl. 2013) | Situational anxiety is not questioned as a condition. The plaintiff was assessed with situational anxiety. (page 1) The board denied the plaintiffs claims because "the overall weight of the evidence is against a finding that his current condition was incurred in or otherwise related to service." (page 2) The Court affirmed the boards decision. (page 4) |
| Hughes v. Colvin | 2013 WL 5652578 | (E.D. Tenn. 2013) | The situational anxiety is not in dispute. Plaintiff reported situational anxiety characterized by worry, tension and sleep disturbances. (page 4) |
| Honken v. U.S. | 42 F.Supp.3d 937 | (N.D. Iowa 2013) | The situational anxiety was not in dispute. Dr. Greenstein found that, in addition to experiencing situational anxiety, the movant's personality style could be characterized by interpersonal instability and antisocial features, which was consistent with his adult antisocial behavior. (page 1092) This was a complex appeal of a death penalty of which the diagnosis of situational anxiety did not play a role. |
| Wilson v. Colvin | 2013 WL 5425450 | (D. Minn. 2013) | Situational anxiety was not questioned as a condition. Nurse Carr reported the plaintiff's mental status examination was normal with the exception of mild, situational anxiety. (page 9) In this case the Court denied the plaintiff's motion for summary judgment and granted defendant's motion for summary judgment. |
| Taylor v. Commissioner of Social Sec. Admin. | 2013 WL 5231803 | (D.S.C. 2013) | Situational anxiety is not questioned as condition. In this case the Berkeley County Mental Health Center noted that the Plaintiff stated that she was compliant with her medication; however, she had not attended group therapy due to situational anxiety. (page 4) In this case the Court affirmed the Commissioner's final decision denying benefits. (page 12) |
| Palos v. Colvin | 2013 WL 5217536 | (C.D. Cal. 2013) | Situational anxiety is not questioned as a condition. In this case Dr. Ellison Chang, a psychiatrist noted that plaintiff; denied experiencing any auditory hallucinations, visual hallucinations, or delusions; acknowledged experiencing mania, severe situational anxiety, sever daytime tiredness/drowsiness, moderate mind racing, and slight paranoia. (page 4) In this case the Court affirmed the Commissioner's decision denying benefits. (page 8) |
| Elliot v. Commissioner of Social Sec. | 2013 WL 4804730 | (M.D. Fla. 2013) | Situational anxiety is not questioned as a condition. In this case Melanie Makar, MS, diagnosed Plaintiff with depression with recurrent situational anxiety, and prescribed medication and meetings with a mental health counselor. (page 5) Not relevant to the situational anxiety the case was reversed and remanded to develop a record and set consider the demands of Plaintiff's past relevant work as a clerical worker impacted her ability to work with limitations. (page 18) |
| Johnston v. Colvin | 2013 WL 4496493 | (N.D. Fla. 2013) | Situational anxiety is not questioned as a condition. Dr. Tozzo-Jullian reported fairly unremarkable findings, including that Plaintiff has some mild attention deficits and a moderate memory impairment due to situational anxiety, but otherwise had normal thought processes and speech. (page 18) The Court held that ALJ findings were based upon substantial evidence and that the Commissioner's denial of benefits was affirmed. (page 20) |
| Helsper v. Colvin | 2013 WL 3974174 | (D.Minn. 2013) | Situational anxiety is not questioned as a condition. Helsper's physicians observed that she appeared physically rigid, suffered situational anxiety, and her affect was blunted and mood depressed. (page 17) In this case the Court found that record supports the ALJ's decision that Helsper did not meet the definition of disability within the meaning of the Social Security Act. (page 21) |
| Tyson v. Shinseki | 2013 WL 3869667 | (Ct. App. Vet. Cl. 2013) | Situational anxiety is not questioned as a condition. In this case about discharge from the military his entrance examination records a history of depression, nervousness, difficulty sleeping, and situational anxiety. (page 1) The Court upheld the decision that mental condition was not caused by his service but was a preexisting psychiatric condition. (page 2) |
| Hunt v. Astrue | 2013 WL 2392880 | (N.D. Tex. 2013) | Situational anxiety is not questioned as a condition. Deborah Gleaves, Ph.D. considered the claimant's adjustment disorder with intermittent exacerbations of situational anxiety and depression, controlled on medication.(page 10) In the case the Court affirmed the ALJ's finding that Hunt did not have any severe nonexertional impairments. (page 12) |
| Wigmore v. Colvin | 2013 WL 1900621 | (D.Or. 2013) | Situational anxiety is not questioned as a condition. Becca Henry, PMHNP reported a low-level situational anxiety tending to correlate to her newborn's health issues on two separate occasions. (page 4) In this case to Commissioner's decision to deny benefits was affirmed. (page 18) |
| Kellogg v. Shinseki | 2013 WL 1412341 | (Ct. App. Vet. Cl. 2013) | Situational anxiety is not questioned as a condition. The U.S. Navy's clinician entry states that the appellant had situational anxiety of job and was being harassed by division officers and desired a transfer. (page 1) The Court remanded this case because in considering the Plaintiff's VA claims the RO did not have the appellant's personnel file.(page 7) |
| Lilly v. Colvin | 2013 WL 1339186 | (W.D. Va. 2013) | Situational anxiety is not questioned as a condition. Matthew Sykes, a nurse practitioner prescribed Klonopin for situational anxiety. (page 2) IN this case the final result was the Court found the Commissioner's decision was supported by substantial evidence and denied the claimants benefits. |
| Lewis v. Astrue | 937 F.Supp.2d 809 | (S.D. W.Va. 2013) | Situational anxiety is not questioned as a condition. Dr. Robertson assessed increased situational anxiety and depression. (page 815) In this case the Court upheld the Commissioner's decision to deny the benefits. |
| Craig v. Astrue | 2013 WL 671713 | (W.D. Ark. 2013) | Situational anxiety if not questioned as a condition. The ALJ found Plaintiff had and impairment or combination of impairments that were severe Non-Hodgkin's lymphoma and situational anxiety. (page 1) The Court found substantial evidence supporting the ALJ's decision denying the Plaintiff benefits. |
| Morris v. Astrue | 2013 WL 1000326 | (D.R.I. 2013) | Situational anxiety is not questioned as a condition. In this case the plaintiff was diagnosed with situational anxiety/panic disorder by her primary care physician. (page 3) The Court denied Plaintiff's Motion to Reverse. (page16) |
| Yorns v. Shinseki | 2012 WL 5993750 | (Ct. App. Vet. Cl. 2013) | Situational anxiety is not questioned as a condition. In the service medical records the examiner diagnosed situational anxiety/excessive smoking, and although the appellant was amenable to treatment he was not willing to engage in counseling at the time. (page 1) For reasons not associated with the situational anxiety the decision was vacated and remanded. |
| Schrader v. Astrue | 2012 WL 4504625 | (M.D. Pa. 2012) | Situational anxiety is not questioned as a condition. In this case the prison psychiatric note assessed that he suffered from situational anxiety and mood instability.(page 6) In this case the Court affirmed the decision of the Commissioner to deny the benefits. |

| Case | Citation | Court | Notes |
|---|---|---|---|
| Vucho v. Astrue | 2012 WL 4482423 | (W.D. Pa. 2012) | Situational anxiety is not questioned as a condition. Dr. Richard Sanders of Allegheny East MH/MR Center performed a psychiatric evolution of Plaintiff and reported a history of situational anxiety with somatic manifestations including chest pains. (page 2) This case was remanded to the Commissioners for further consideration of opinions rendered by the consultative psychological evaluators concerning Plaintiff's ability to interact appropriately with supervisors and coworkers on a sustained basis. (page 11) |
| Johnson v. Commissioner of Social Security | 2012 WL 4328389 | (D. Minn. 2012) | Situational anxiety is not questioned as a condition. The ALJ found that the following conditions did not even minimally limit Johnson's ability to function, and thus did not amount to severe impairments: (1) vertigo, (2) sleep apnea, (3) bilateral degenerative joint disease of the shoulders, (4) leg rash, (5) bilateral knee pain, (6) situational anxiety, (7) depression, (8) asthma. (page 3) In this case the Court upheld the Commissioner's Motion for Summary Judgment. (page 10). |
| Keane v. Lincoln National Life Insurance Company | 2012 WL 4127827 | (W.D. Mi. 2012) | Situational anxiety is not questioned as a condition. The plaintiff medical records disclosed an number of medical conditions among other things situational anxiety/depression. (page 2) In this case the Court held that Lincoln National was correct in denying the plaintiff's benefits. (page 11) |
| Brenizer v. Astrue | 2012 WL 4006238 | W.D. Pa. 2012) | Situational anxiety is not questioned as a condition. Terri Sharo, a certified registered nurse practitioner, served as Brenizer's treating mental health therapist noted that the plaintiff was experiencing increased depression and situational anxiety. (page 2) In this case the Court affirmed the Commissioner's decision. |
| Spivey v. Shinseki | 2012 WL 3108809 | (Ct. App. Vet. Cl. 2012) | Situational anxiety is not questioned as a condition. The service medical records indicate the appellant was diagnosed with reactive situational anxiety. (page 1) This was a veteran's affairs case and the Court affirmed the Secretary's decision denying the appellant's request to reopen his psychiatric claim. (page 5) |
| Reyes v. Sotelo | 2012 WL 2993751 | (N.D. Cal. 2012) | Situational anxiety is not questioned as a condition. A Treatment Plan update from MCSP list Plaintiff as receiving antipsychotic medication and suffering from situational anxiety. (page 5) |
| Johnson v. Commissioner of Social Security | 2012 WL 4328413 | (D. Minn. 2012) | Situational anxiety is not questioned as a condition. The ALJ concluded the following alleged impairments were non-severe: (1) asthma; (2) sleep apnea; (3) situational anxiety; (4) depression; (5) history of vertigo; among others. (page 17) In this case the Court granted the Commissioner's Motion for Summary Judgment. |
| Ferrell v. Astrue | 2012 WL 4378131 | (S.D. W.Va. 2012) | Situational anxiety is not questioned as a condition. Dr. David Patrick at Huntington Internal Medicine Group gave periodic evaluation and care for chronic medical conditions including irritable bowel syndrome, osteoporosis, and situational anxiety on two separate appointments. (page 4) |
| Yerardi v. Astrue | 2012 WL 2153231 | (N.D. W.Va. 2012) | Situational anxiety is not questioned as a condition. Robert F. Webb, M.D. diagnosed plaintiff with chronic low back pain with possible right nerve root irritation, tobacco abuse, and situational anxiety and depression with history of panic attacks. (page 2) The Court granted the Commissioner's Motion For Summary Judgment. (page 7) |
| Baumann v. Astrue | 2012 WL 1686827 | (W.D. Ark. 2012) | Situational anxiety is not questioned as a condition. Dr. C.R. Magness noted Plaintiff also experienced situational anxiety/depression. (page 6) The court found substantial evidence supporting the ALJ's decision denying the Plaintiff benefits. (page 13) |
| Tantari v. Commissioner of Social Sec. | 2012 WL 1252959 | (N.D. Ohio 2012) | Situational anxiety is not questioned as a condition. Dr. Keaton reported a lot of pain, situational anxiety, and trouble focusing. (page 7) |
| Eliosa v. Astrue | 2012 WL 1410028 | (W.D. Wash 2012) | Situational anxiety is not questioned as a condition. In this case the ALJ found plaintiff had severe impairments consisting of among other things a depressive disorder; situational anxiety; and a history of substance abuse in current remission. (page 2) In this case the Court found the ALJ properly concluded the plaintiff was not disabled. (page 6) |
| Belk v. Shinseki | 2012 WL 913736 | (Ct. App. Vet. Cl. 2012) | Situational anxiety is not questioned as a condition. The appellant was assessed with moderate hypertension, fairly well controlled and situational anxiety/stress disorder with palpitations and the following month the appellant was referred to a psychiatric group for stress management therapy in an attempt to treat significant situational anxiety with underlying depressive component that has made treatment and control of his hypertension extremely difficult. (page 2). In this case the ALJ Board's decision was vacated and remanded. |
| Carroll v. Astrue | 2012 WL 474107 | (W.D. Va. 2012) | Situational anxiety is not questioned as a condition. Howard Leizer, PhD, a state agency psychologist noted that Carroll suffered some periodic and situational anxiety and depression. (page3 ) The Court affirmed the Commissioner's final decision denying benefits. (page 6) |
| Noble v. Astrue | 2012 WL 274703 | (E.D. Wash. 2012) | Situational anxiety is not questioned as a condition. The medical record establishes Plaintiff was assessed with situational anxiety and depression by treating physician Mark Brooks, M.D. (page 5) This case was remanded by the Court to weigh the different medical opinions expressed. (page 6) |
| Arms v. Commissioner of Social Sec. | 2012 WL 203479 | (S.D. Ohio 2012) | Situational anxiety is not questioned as a condition. Scott Donaldson, Ph.D., a consulting psychologist examined plaintiff and plaintiff complained of situational anxiety and excessive worry. (page 6) The Court affirmed the decision of the Commissioner. |
| Johnstone v. Astrue | 843 F.Supp.2d 962 | (E.D. Wis 2012) | Situational anxiety is not questioned as a condition. Dr. Boyd the plaintiff's general practitioner evaluated Johnstone's situational anxiety and depression. He also stated that the situational anxiety really not making much progress and suggested a leave of absence. (page 967) |
| Deland v. Astrue | 2012 WL 826413 | (D.Or. 2012) | Situational anxiety is not questioned as a condition. Dr Hahn, PMHNP restarted Prozac to help with some situational anxiety plaintiff was experiencing (page 9) The Commissioner's denial of benefits was affirmed by the Court. (page 23) |
| Rummery v. Shinseki | 2011 WL 6118488 | (Ct. App. Vet. Cl. 2012) | Situational anxiety is not questioned as a condition. The service medical records reflect that plaintiff received treatment in July 1969 for situational anxiety and depression related to poor performance in school. |
| Harris v. Astrue | 2011 WL 5086374 | (N.D. Okla. 2011) | Situational anxiety is not questioned as a condition. Harris was seen by John Kelley, PA-C and the diagnoses included situational anxiety stress depression disorder, fibromyalgia, chronic back pain, and morbid obesity.(page 3) This case was reversed and remanded by the Court to give more weight to the opinion of the treating physician. (page 8-9) |
| Baker v. Astrue | 2011 WL 4434530 | (E.D. Ark. 2011) | Situational anxiety is not questioned as a condition. In this case Baker argues that additional psychological factors should have passed step two because the ALJ found Baker's situational anxiety was severe at step two. The ALJ found that Baker's medically determinable mental impairment of situational anxiety does not cause more than minimal limitation in the claimant's ability to perform basic mental work activities and is therefore nonsevere. The claimant has never sought, nor received, mental health treatment for any psychiatric condition. Here treating physician offered a diagnosis of situational anxiety after she complained of family issue surrounding her son. (page 5) The Court found that there was ample evidence on the record as a whole that "a reasonable mind might accept as adequate to support the conclusion" of the ALJ in this case. So even if the Court felt the condition was more severe than the ALJ it was not the Court's place to substitute it's judgment. (page 6) |

| Case | Citation | Court | Summary |
|---|---|---|---|
| Green v. Shinseki | 2011 WL 3518144 | (Ct. App. Vet. Cl. 2011) | Situational anxiety is not questioned as a condition. The examiner who conducted Green's separation examination noted that the appellant suffered from situational anxiety. (page 2) Later the Board issued an order remanding the claim with instructions to obtain a new VA examination and opinion as to the etiology of any psychiatric disorder, including its relationship to the in-service complaints and notation of situational anxiety. (page 2) In this case questioning veteran's benefits the Court vacated and remanded the Board's decision because they had not previously given consideration to the situational anxiety diagnosed during the separation examination. (page 4) |
| Landree v. Prudential Ins. Co. of America | 2011 WL 3438860 | (W.D. Wash. 2011) | Situational anxiety is not questioned as a condition. Dr. Charles Syrjamaki a specialist in internal medicine reviewed and concluded that Landree left work to situational anxiety and that the medical evidence does not support any restrictions or limitation. (page 5) In this case the Court remanded the case to reconsider the alleged disabilities, the credibility of the medical experts and the physical requirements of Landree's occupation. (page 12) |
| Balde v. Astrue | 2011 WL 3419371 | (E.D. Wis. 2011) | Situational anxiety is not questioned as a condition. Dr. John Hron an emergency room physician diagnosed situational anxiety and provided Ambien and told her to double her dose of Lorazepam.(page 7).  Eric Edelman, Ph.D., completed a psychiatric review technique form evaluated plaintiff with among other conditions under 12.06 situational anxiety. (page 8) In this case the Court affirmed the ALJ's decision to deny benefits. |
| Rambert v. Shinseki | 2011 WL 2618219 | (Ct. App. Vet. Cl. 2011) | Situational anxiety is not questioned as a condition. Mr. Rambert was diagnosed with situational anxiety reaction and an inadequate personality by a mental health clinic. (page 1) In this case the Court remands the case to the Board to determine if Mr. Rambert's psychiatric disorder preexisted his service  or whether such disorder was aggravated by service. (page 6) |
| Grimes-Ramey v. Astrue | 2011 WL 2620994 | (D.Ariz. 2011) | Situational anxiety is not questioned as a condition. Dr. Varns M.D., a family practitioner, reported that Plaintiff suffers from situational anxiety as a result of being physically assaulted. (page 4) |
| LaVair v. Astrue | 2011 WL 2622976 | (W.D. Ark. 2011) | Situational anxiety is not questioned as a condition. C.R. Magness M.D. diagnosed Plaintiff with multiple chemical sensitivity, exogenous obesity, and situational anxiety. (page 2)  In this case the Court finds substantial evidence supporting the ALJ's decision denying the Plaintiff benefits. (page 9) |
| Workman v. Astrue | 2011 WL 2882616 | (W.D. Ark. 2011) | Situational anxiety is not questioned as a condition. Dr. Lisa K. McGraw of the Pea Ridge Medical Clinic treated Plaintiff for various problems including rash, epigastric pain, situational anxiety among other conditions. (page 2) The Court affirmed the ALJ's decision and dismissed the Plaintiff's case. (page 9) |
| Rositzki v. Astrue | 2011 WL 2912800 | (D. Minn. 2011) | Situational anxiety is not questioned as a condition. Dr.Sarajim noted that Plaintiff was recovering from a three-level lumbar laminectomy and suffered mild situational anxiety. (page 6).  The Court granted Defendant's motion for Summary Judgment. (page 15) |
| Harloper v. Astrue | 2011 WL 2441904 | (N.D. Okla. 2011) | Situational anxiety is not questioned as a condition. Dr. Bennett, D.O., P.C. prescribed Xanax to Hartloper to help her deal with her situational anxiety, which was associated with her husband's health problems. (page 3) The Court reversed and remanded the Commissioner's decision so that the ALJ could consider further evidence throughout the disability determination process that were not related to the situational anxiety diagnoses. (page 11) |
| Hernandez v. Astrue | 2011 WL 1668053 | (E.D. Cal. 2011) | Situational anxiety is not questioned as a condition. Daniel E. Hardy, Sr., M.D., diagnosed situational anxiety, noting that Plaintiff was distraught regarding physical abuse by her son, who was using drugs and alcohol. (page 2) The Court found that the ALJ's decision was supported by substantial evidence to deny the Plaintiff for benefits. (page 8) |
| Floyd v. Astrue | 2011 WL 1532534 | (E.D. Tenn. 2011) | Situational anxiety is not questioned as a condition. Treating physician Donald Tarr opined that plaintiff suffers from situational anxiety. (page 3)  The Court upheld the ALJ decision to deny the Plaintiff benefits. |
| Rector v. Astrue | 2011 WL 1486607 | (N.D. Okla. 2011) | Situational anxiety is not questioned as a condition. Minor Gordon, Ph.D. performed a psychological evaluation and opined that plaintiff has situational anxiety and depression, secondary to unmet dependency needs, dependent personality traits, spelling disorder, and arithmetic disorder. (page 4) The Court affirmed the decision of the Commissioner denying disability benefits to plaintiff. (page 9) |
| Clayton v. Astrue | 2011 WL 997144 | (E.D. Cal. 2011) | Situational anxiety is not questioned as a condition. Dr. Stone, plaintiff's primary care physician submitted a summary statement explaining plaintiff's medical condition and stated that plaintiff suffered from situational anxiety that leaves her easily overwhelmed. (page 4)  The Court reversed and remanded the ALJ's decision to reweigh the evidence and thoroughly discuss the mental impairment evidence. (page 6) |
| Ware v. Astrue | 2011 WL 1297957 | (N.D. W.VA. 2011) | Situational anxiety is not questioned as a condition. Dr. Joseph Kuznair, Ed.D., a state agency psychological consultant, did note some situational anxiety and depression, but also noted Plaintiff made no psychological allegations in her claim. (page 4)  The Court remanded on ground not related to the situational anxiety. (page 16) |
| Palos v. Astrue | 2011 WL 837795 | (C.D. Cal. 2011) | Situational anxiety is not questioned as a condition. Dr. Chang the plaintiff's treating psychiatrist, noted doing o.k.; situational anxiety, increased irritability, severely low energy, severe daytime sleepiness, improved cognition among others. (page 6) The Court reversed and remanded the ALJ's decision to further consider the doctors opinions. |
| Anderson v. Astrue | 2011 WL 2551571 | (M.D. Pa. 2011) | Situational anxiety is not questioned as a condition. The treating physician Puneet K. Gupta, D.O. in a routine checkup diagnosed the plaintiff with hypertension with slightly worsened control, situational anxiety and stress among other conditions. (page 7)  The Court denied the plaintiff's appeal from the decision of the Commissioner. (page 19) |
| Winkelman v. Astrue | 2010 WL 5420156 | (N.D. Okla. 2010) | Situational anxiety is not questioned as a condition. Jerry D. First, M.D., impression was among other diagnoses with situational anxiety and depression. (page 4)  The Court found that the ALJ failed to demonstrate that he had properly considered all the medical evidence and that he applied the correct legal standards in weighing the opinion of Plaintiff's treating physician and therefore reversed and remanded  to the Commissioner. |
| Shafer v. Commissioner of Social Sec. | 2010 WL 3835724 | (E.D. Cal. 2010) | Situational anxiety is not questioned as a condition. The ALJ summarized the evidence that claimant has a past history of treatment for depression, situational anxiety, and post-traumatic stress disorder. (page 9)  The Court concluded that the Commissioner's final decision was based on substantial evidence and proper legal analysis. (page 17) |
| Evers v. Astrue | 2010 WL 3892230 | (N.D. Iowa 2010) | Situational anxiety is not questioned as a condition. Dr. Felling and the Disability Determination Services psychological consultants reported that some of Ever's symptoms relate to situational anxiety, including a recent breakup with a girlfriend and issues with his former wife. (page 26)  The Court finds the ALJ's conclusion is supported by substantial evidence. (page 28) |
| Jennings v. Stevens County | 2010 WL 3516914 | (E.D. Wash. 2010) | Situational anxiety is not questioned as a condition. In this case the Plaintiff's disability, apparently acquired due to her mental history and situational anxiety over her encounter with Judge Payne, is not disputed by the parties. |

| Case | Citation | Court | Notes |
|---|---|---|---|
| Puffenbarger v. Astrue | 2010 WL 3565485 | (N.D. W.Va. 2010) | Situational anxiety is not questioned as a condition. Puffenbarger presented to Rockingham Memorial Hospital Emergency Department and his discharge summary noted his diagnoses as: polypharmacy overdose; suicide attempt secondary to situational anxiety and depression; history of head injury and history of long-term alcohol abuse (page 3) Further Dr. Smith diagnosed Puffnebarger as a suicide attempt secondary to situational anxiety and depression with a history of long-term alcohol abuse since age 7. The situational anxiety was explained as his concern that the man who hit him in the head might escape punishment and his abuse of alcohol made him more impulsive at the moment. (page 12) The Court found substantial evidence supporting the Commissioner's decision denying the Plaintiff's applications for DIB and for SSI. (page 18) |
| Cooper v. Astrue | 2010 WL 3304972 | (W.D. La. 2010) | Situational anxiety is not questioned as a condition. C.R. Magness M.D. indicated that plaintiff suffered from Hepatitis C, lumbar degenerative disc disease, situational anxiety, and depression. (page 4) The Court affirmed the Commissioner's decision. |
| Horne v. Astrue | 2010 WL 3239087 | (N.D. Fla. 2010) | Situational anxiety is not questioned as a condition. While incarcerated Plaintiff was provided with mental health care, Plaintiff was diagnosed with situational anxiety and stress; he was found to be stable however. (page 4) |
| Fretta v. Liberty Life Assur. Co. of Boston | 719 F.Supp2d 344 | (D.Vt. 2010) | Situational anxiety is not questioned as a condition. Dr Cook, plaintiff's primary care physician, diagnosed acute situational anxiety/depression/grief resulting in inability to perform work duties. (page 346) In this case the Court held that Liberty Life's denial of Fretta's claim for short-term benefits was unsupported by substantial evidence and therefore arbitrary and capricious. (page 353). |
| Schwarz v. Commissioner of Social Sec. | 2010 WL 2292225 | (E.D. Cal. 2010) | Situational anxiety is not questioned as a condition. Agency examining doctor Timothy Canty, M.D., outlined the following history regarding plaintiff, he describes situational anxiety related to stress and has tried to cut back.( page 2) The Court held that the Commissioner's final decision is based on substantial evidence and proper legal analysis. (page 13) |
| Jaime v. Astrue | 2010 WL 2219412 | (E.D. Cal. 2010) | Situational anxiety is not questioned as a condition. The ALJ specifically noted that the situational anxiety Mathis experiences on several occasions were reasonable reactions to the assault and other stresses in her life, such as conflict with her ex-husband, and were not necessarily indicative of a mental impairment. (page 13) The Court affirmed the Commissioner's decision. (page 14) |
| Landes v. Astrue | 2010 WL 1657049 | (W.D. Va. 2010) | Situational anxiety is not questioned as a condition. Dr. Harper described the plaintiff's condition to be one of chronic upper and lower back pain along with situational anxiety and depression due to an inability to work; he noted that this condition would frequently interfere with the plaintiff's ability to maintain concentration and attention. (page 3) The Court reversed and remanded this case to the ALJ. |
| Reynolds v. Astrue | 2010 WL 1451356 | (E.D. Ky. 2010) | Situational anxiety is not questioned as a condition. Dr. Barrett assessed, hyperlipidemia somewhat improving, increased ALT, diabetes slightly improved, and situational anxiety. (page 9) The Court held that the Commissioner's final decisions based on substantial evidence and proper legal analysis. (page 18) |
| Ariondo v. Astrue | 2010 WL 816148 | (W.D. Pa. 2010) | Situational anxiety is not questioned as a condition. Dr. Law noted the fact that he was diagnosed as having situational anxiety in 1972 while in the Air Force suggests that his PTSD was manifest at that time. (page 12) The Court affirmed the Commissioner's decision. (page 19) |
| Davis v. Commissioner of Social Sec. | 2010 WL 430705 | (S.D. Ohio 2010) | Situational anxiety is not questioned as a condition. The treatment notes of the Beavertown Clinic reveal that Plaintiff received treatment for various complaints including vertigo, hypertension, nausea, sore throat, depression, pharyngitis, situational anxiety, GERD, dysthymia, knee pain and tachycardia. (page 3) The Court affirmed the Commissioner's decision that Plaintiff was not disabled and therefore not entitled to benefits. (page 8) |
| Wiley v. Cendant Corp. Short Term Disability Plan | 2010 WL 309670 | (N.D. Cal. 2010) | Situational anxiety is not questioned as a condition. Dr. Ritzo told Dr. Weinstein that Plaintiff's diabetes was difficult to control that stress and situational anxiety had played a component in difficulty controlling his diabetes, and that he was concerned that Plaintiff's return to a stressful environment would impact the control of his diabetes. (page 3) The Court concluded that Plaintiff did not meet the burden of proof that his combined condition prevented him from performing the material duties of his job. (page 10) |
| McFarland v. Commissioner of Social Sec. | 2010 WL 98938 | (S.D. Ohio 2010) | Situational anxiety is not questioned as a condition. The ALJ found that the claimant had the following severe impairments: among other impairments situational anxiety/depression. (page 1) In this case the Court reversed and remanded this case to the ALJ. |
| Moran v. Redford Union School Dist. | 2009 WL 5217681 | (E.D. Mi. 2009) | Situational anxiety is not questioned as a condition. Dr. Robert Brock, D.O. diagnosed Plaintiff with acute situational anxiety. According to Dr. Brock's handwritten notes, Plaintiff's chief complaints were "stress at work," "home getting so bad," and "can't concentrate."(page 3) In this wrongful termination case the Court found a legitimate, non-discriminatory reason for termination. (page 15) |
| Davis v. Astrue | 2009 WL 3584127 | (N.D. Fla. 2009) | Situational anxiety is not questioned as a condition. Dr. Clark conducted an independent medical examination and a test was positive for a severe level of endogenous (panic-type) anxiety symptoms and a marked level of situational anxiety symptoms. (page 5) In addition, Dr. Blankstein, the plaintiff's treating physician, said that Plaintiff's responses indicted a high level of situational anxiety symptoms, and found the results consistent with his clinical presentation. (page 7) The Court reversed and remanded the ALJ's decision because it was not based upon substantial evidence in the record. (page 9) |
| Baker v. Astrue | 2009 WL 3062992 | (S.D. W. Va. 2009) | Situational anxiety is not questioned as a condition. Dr. Pack diagnosed situational anxiety, hypertension and depression. (page 1) The Court affirmed the Commissioner's decision. |
| Adams v. Northern New England Telephone Operations, L.L.C. | 2009 WL 2712970 | (D. Me. 2009) | The Court in this case was deciding whether the use of the phrase "major depressive disorder" or if it should bar such terminology from the jury. The Court stated "The jury will also be able to understand that health care professionals like PA McGlew and NP Dwelley have standards to distinguish among conditions like situational anxiety, acute anxiety, generalized anxiety, chronic depression, and major depressive disorder, and that practitioners draw these distinctions based upon self-reports and overall treatment histories rather than a discrete clinical tests."(page 13) |
| Duvall v. Reliance Standard Life Ins. Co. | 646 F.Supp.2d 1188 | (E.D. Cal. 2009) | Situational anxiety is not questioned as a condition. "Dr. Sobelman listed plaintiff's primary diagnosis as 'diskogenic low back pain' and stated that the secondary conditions contributing to the disability were 'situational anxiety, depression'" (page 1191) The Court granted defendant's motion for judgment. (page 1206) |
| Castanos v. Astrue | 2009 WL 1635309 | (D. Ariz. 2009) | Situational anxiety is not questioned as a condition. The ALJ determined that plaintiff suffered from the following severe impairments has bulging discs as C3-C4, headaches, asthma, obstructive sleep apnea, recurrent situational depression, situational anxiety, and chronic pain. (page 1) This case was remanded by the Court to further evaluate the opinions of medical witnesses. (page 7) |

| Case | Citation | Court | Notes |
|---|---|---|---|
| Swift v. Bank of America | 2009 WL 723521 | (D. Me. 2009) | Situational anxiety is not questioned as a condition. Swift's primary care physician, Dr. Robert Merrill, filled out a COD for to support Swift's request for leave, that the leave was needed for both acute situational anxiety, decreased concentration, and an ongoing surgical referral. (page 2) The Court denied Bank of America's Motion for Summary Judgment due to the existence of genuine issues of material facts. (page 18) |
| Kumpf v. Astrue | 2009 WL 595643 | (N.D. W.Va. 2009) | Situational anxiety is not questioned as a condition. Dr. Corder diagnosed severe depression and situational anxiety. (page 8) The Court denied claimant's Motion for Summary Judgment with regard to ALJ's decision was supported by substantial evidence. (page 34) |
| Brothers v. Astrue | 2009 WL 481469 | (M.D. Ga. 2009) | Situational anxiety is not questioned as a condition. Dr. Jarrett's treatment plan focused more upon treating and counseling the claimant for situational anxiety and depression caused by her abusive husband as opposed to treatment for underlying organic mental illness. (page 4) The Court affirmed the Commissioner's decision. (page 5) |
| Nejat v. Astrue | 2009 WL 122566 | (M.D. Tenn. 2009) | Situational anxiety is not questioned as a condition. Dr. Bruce Davis recorded that plaintiff had poor vision, document an old motor vehicle accident neck injury, and situational anxiety/depression. (page 11) The Court agreed with the ALJ that despite the plaintiff's limitations, there were still jobs that exist in substantial numbers that he is able to perform. (page 27) |
| Jenkins v. Board of Las Cruces Public School Dist. | 2008 WL 5992272 | (D.N.M. 2008) | Situational anxiety is not questioned as a condition. Dr. Fay LaFon reported that Jenkins first presented with situational anxiety as a result of adverse interactions at the workplace.(page 3) |
| Parnell v. Astrue | 2008 WL 4414921 | (S.D. W.Va. 2008) | Situational anxiety is not questioned as a condition. Dr. Barit, the claimant's treating physician, diagnosed the claimant as suffering from acute situational anxiety and osteoarthritis, for which he prescribed Lortab and Crestor. (page 11) The Court affirmed the final decision of the Commissioner. (page 19) |
| Cottrill-Craig v. Ross County Health Dist. | 2008 WL 3887640 | (S.D. Ohio 2008) | Situational anxiety is not questioned as a condition. Plaintiff was diagnosed with acute situational anxiety (page2) The Court found that Plaintiff did not raise a genuine issue of material fact concerning whether she suffered serious and debilitating emotional distress at the hands of Defendants. (page 6) |
| Logston v. Astrue | 566 F.Supp.2d 945 | (S.D. Iowa 2008) | Situational anxiety is not questioned as a condition. Dr. George T. Kappos, M.D. of the Iowa Health Physicians diagnosed plaintiff with situational anxiety and later diagnosed her for acute situational anxiety. (pages 952-953) The Court affirmed the ALJ's determination. (page 962) |
| Fulcher v. Astrue | 554 F.Supp.2d 606 | (E.D.N.C. 2008) | Situational anxiety is not questioned as a condition. The ALJ actually found that the evidence supported many of Dr. Liguoiri's findings, including lumbar sprain and strain; headaches; chronic lower back, shoulder, and neck pain; irritable bowel syndrome; post-concussive memory loss; and situational anxiety and depression. (page 610) The Court has found that the ALJ's decision was not supported by substantial evidence. (page 611) |
| Wiggins v. Astrue | 2008 WL 818524 | (N.D. Fla. 2008) | Situational anxiety is not questioned as a condition. Plaintiff had been treated for depression by Dr. Cushman, a psychiatrist, who treated her for situational anxiety and depression. (page 4) The Court affirmed the decision of the Commissioner denying benefits. (page 5) |
| McNair v. Commissioner of Social Sec. Admin. | 537 F.Supp2d 823 | (N.D. Tex. 2008) | Situational anxiety is not questioned as a condition. Dr. Thomas Lucas, M.D., at Charter Haven Behavioral Health System diagnosed Plaintiff with chronic pain and situational anxiety. (page 827) In addition Dr. Judice determined that Plaintiff suffered from situational anxiety, which was classified under Listing 12.06 (Page 828) |
| Lambert v. Peake | 2008 WL 2128053 | (Ct. App. Vet. Cl. 2008) | Situational anxiety is not questioned as a condition. A U.S. Army examiner determined that the appellant was experiencing situational anxiety that was moderately sever in adjusting to the military setting. (page 1) |
| Mestas v. Astrue | 2008 WL 95081 | (D.Colo. 2008) | Situational anxiety is not questioned as a condition. Plaintiff admitted to the emergency room on multiple occasions with respiratory infection, situational anxiety, suicidal thought, leg pain, and sciatica. (page 1) The Court affirmed the ALJ's administrative decision. (page 7) |
| Nichols v. Astrue | 2007 WL 4287493 | (D. Colo. 2007) | Situational anxiety is not questioned as a condition. Dr. Thompson also diagnosed Plaintiff with situational anxiety and adjustment disorder. (page 1) The Court reversed the Commissioner's decision. (Page 4) |
| Bowman v. Astrue | 2007 WL 951680 | (W.D. Va. 2007) | Situational anxiety is not questioned as a condition. Eugenie Hamiliton, Ph.D., a state agency psychologist diagnosed Bowman with situational anxiety and a temporary medication was prescribed. (page 11) The Court affirmed the Commissioner's decision in denying benefits. |
| Muzyka v. United Parcel Service | 2007 WL 851803 | (E.D. Mi. 20007) | Situational anxiety is not questioned as a condition. Dr. Royos, plaintiff's treating physician, was treating Plaintiff for attention deficit disorder, depression, acute situational anxiety, restless leg syndrome and hypertension. (page 2) In this ADA and EEOC case the Court held for the defendant's Summary Judgment on grounds not related to the diagnoses. |
| Roman v. Barnhart | 477 F.Supp.2d 587 | (S.D. N.Y. 2007) | Situational anxiety is not questioned as a condition. Dr. Bukholtz a psychotherapist/counselor reported plaintiff's symptoms as "dysphoric restlessness, depressed, tense, sad, apathetic, anxious mood, increased irritability, and situational anxiety." (page 596) In this case the Court held there was substantial evidence in the record to support the ALJ's findings. (page 601) |
| Hemenway v. Albion Public Schools | 2006 WL 3313849 | (W.D. Mi. 2006) | Situational anxiety is not questioned as a condition. Dr Shah diagnosed Plaintiff with depression and situational anxiety.(page 5) In this case the Court found that there were genuine issues of material fact as to whether Plaintiff had a qualifying "serious health condition." and denied the Defendant's Motion for Summary Judgment. (page 5-6) |
| Jackson v. Nicholson | 21 Vet.App. 419 | (Ct. App. Vet. Cl. 2006) | Situational anxiety is not questioned as a condition. The military psychiatrist diagnosed the appellant with situational anxiety. (page 1) The Court affirmed the Board's decision. (page 2) |
| Delgiudice v. Barnhart | 2006 WL 2830792 | (C.D.Cal 2006 | Situational anxiety is not questioned as a condition. Dr. Amitabh Chauhan, the treating physician, diagnosed Plaintiff with a history of dysthymia, possible depression and situational anxiety and recommended psychiatric evaluation and therapy. (page 5) In this case the Court remanded to the ALJ largely because the ALJ did not give enough weight to Dr. Chauhan's evaluation. (page 6) |
| Dunford v. Barnhart | 2006 WL 2099044 | (W.D. Va. 2006) | Situational anxiety is not questioned as a condition. Ms. Dunford has been diagnosed with various adjustment disorders, as well as situational anxiety and depression.(page 2) In this case the Court affirms the Commissioner's resolution. (page 5) |
| Harris v. Barnhart | 2006 WL 1442792 | (W.D. Va. 2006) | Situational anxiety is not questioned as a condition. The plaintiff was treated by her primary care physicians for multiple medical conditions including situational anxiety. (page 3) The situational anxiety was not an issue that was questioned during the appeal. The Court affirmed the Commissioner's decision. (page 12) |
| Myslow v. New Milford School Dist. | 2006 WL 473735 | (D. Conn. 2006) | Situational anxiety is not questioned as a condition. Herbert Schwartz, M.D. concluded that the plaintiff's primary psychiatric difficulty was Situational Anxiety Disorder secondary to an inability to read and write, and repeated stressful experiences in an educational setting. (page 6) |
| Bentley v. Barnhart | 2005 WL 1594328 | (W.D. Va. 2005) | Situational anxiety is not questioned as a condition. Dr. Michael Moore, M.D>, diagnosed Bentley with situational stress, marital discourse, depression and situational anxiety. (page 3) In this case the Court affirmed the Commissioner's decision to deny benefits. (page 8) |

| Case | Citation | Court | Notes |
|---|---|---|---|
| Willis v. Barnhart | 2005 WL 1082757 | (N.D. Cal. 2005) | Situational anxiety is not questioned as a condition. Dr. Kirk, an examining psychiatrist, reported diagnoses of situation anxiety, dysthymic disorder, depression, substance abuse, alcohol in recovery and hypertension. (page 2) The Court granted the Commissioner's cross-motion for summary judgment. (page 9) |
| Brock v. United Grinding Technologies, Inc. | 257 F.Supp.2d 1089 | (S.D. Ohio 2003) | Situational anxiety is not questioned as a condition. Dr. Warren Ljungren the plaintiff's family physician diagnosed plaintiff with stress, situational anxiety, and depression. (page 1092) Because there was a genuine issue of material fact between the FMLA leave and the plaintiff's subsequent discharge the Court overruled the lower court. (page 1109) |
| Clennan v. Principi | 18 Vet.App. 151 | (Ct. App. Vet. Cl. 2002) | Situational anxiety is not questioned as a condition. Navy medial personnel diagnosed Mr. Clennan as having situational anxiety and an inadequate personality. (page 1) In this case the Court held that since Mr. Clennan's schizophrenia was not diagnosed until 14 years after his service that the Board was correct in denying Mr. Clennan's benefits. (page 8) |
| Henderson v. Barnhart | 205 F. Supp.2d 999 | (E.D. Wis. 2002) | Situational anxiety is not questioned as a condition. Dr. Soin noted that plaintiff to have high blood pressure and acute situational anxiety. (page 1007) Because the ALJ did not consider the opinion of the Plaintiff's treating physician and did not follow protocol when weighing the evidence the Court remanded the ALJ for a rehearing. (page 1013) |
| McNew v. Massanairi | 2001 WL 1286505 | (N.D. Ill. 2001) | Situational anxiety is not questioned as a condition. After being admitted to the Highland Hospital Plaintiff was diagnosed with chemical dependency and alcoholism as well as situational anxiety and depression. (page 3) The Court affirmed the part of the case that substantial evidence exists to support the ALJ's finding that the Plaintiff's claims of disabling symptom and limitations were not supported. (page 10) |
| Jones v. Willow Gardens Center | 2000 WL 201170 | (N.D. Iowa 2000) | Situational anxiety is not questioned as a condition. Dr Goodlett found that Jones was tearful and anxious and concluded that she was suffering form situational anxiety. (page 5) The Court found there was genuine issue of fact about Jones' seriousness of the condition and thus ruled in favor of Jones in the context of the motion for summary judgment. (page 14) |
| Bailey v. Canan | 82 F.Supp.2d 966 | (S.D. Ind. 2000) | Situational anxiety is not questioned as a condition. Bailey's doctor James L. Dunn provided further explanation that Bailey was suffering from situational anxiety, depression and hypertension. (page 976) |
| Weeden v. Sears Roebuck & Co. | 1999 WL 970538 | (D.N.H. 1999) | Situational anxiety is not questioned as a condition. Dr. Packer wrote a note to explain Weeden's absence to Sears, say that Weeden has been under his care for acute situational anxiety-depressive reaction. (page 3) In this case the Court denied defendant's motion for summary judgment. (page 6) |
| Hall v. West | 16 Vet.App. 285 | (Ct. App. Vet. Cl. 1998) | Situational anxiety is not questioned as a condition. The appellant was diagnosed with mild to moderate situational anxiety reaction. The decision of the Board was affirmed by the Court with respect to appellant's claims for an earlier effective date for PTSD. (page 8) |
| Franklin v. Apfel | 8 F.Supp.2d 227 | (W.D. N.Y. 1998) | The ALJ found that the plaintiff suffered from severe impairments which he listed as "severe back impairment, mild emphysema, and some situational anxiety and depression." (page 230) The Court held that plaintiff could not perform work in the national economy and therefore remanded the case to the ALJ. (page 234) |
| Sheerman v. Brown | 8 Vet.App. 300 | (Ct. App. Vet. Cl. 1995) | Situational anxiety is not questioned as a condition. Appellant reported to a mental health clinic and was admitted to a hospital for observation with a provisional diagnosis of situational anxiety coupled with depression. (page 1) in this case the Court held that appellant did not demonstrate that the BVA committed a factual or legal error. (page 5) |
| Isaacs v. Shalala | 1994 WL 247276 | (N.D. Iowa 1994) | Situational anxiety is not questioned as a condition. Dr. John Sinnott, D.O. indicated that plaintiff had coronary artery disease, angina, a history of myocardial infarction, mild hypertension, morbid obesity, degenerative arthritis and chronic mild situational anxiety with mixed depression. (page 2) The Court affirmed the ALJ's decision to deny plaintiff's benefits. (page 5) |
| Hayes v. Sullivan | 1991 WL 138341 | (W.D. Okla. 1991) | Situational anxiety is not questioned as a condition. After a psychological evaluation of Plaintiff the evaluator's diagnostic impression was situational anxiety and worry produced in relation to physical problems and perceived limitations. In this case the Court reversed the decision of the Secretary. (page 12) |
| Fagon v. Sullivan | 1989 WL 280336 | (D.Vt. 1989) | Situational anxiety is not questioned as a condition. Dr. Cross noted situational anxiety with a lot of depression. (page 2) This case was remanded to the Secretary by the Court because it did not properly weigh the opinion of Dr. Cross the treating physician. (page 3) |
| Taylor v. General Motors Corp. | 588 F.Supp 562 | (E.D. Mi. 1984) | Situational anxiety is not questioned as a condition. Andrew T. Yang, Ph. D. stated that plaintiff was suffering from situational anxiety reaction (page 564) |