UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **JEANNIE K. MAY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case no. 4:14cv0578 TCM** |
| | ) | |
| **NATIONSTAR MORTGAGE, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The Court having met with counsel to discuss procedural matters in the above-named case,

**IT IS HEREBY ORDERED** the trial setting of October 19, 2015, is vacated and the case is reset on the trial docket for the week beginning **November 16, 2015**.  All other provisions of Paragraph II of the Case Management Order entered on May 5, 2014, remain in full force and effect.

**IT IS FURTHER ORDERED** that the parties are again referred to alternative dispute resolution.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  18th  day of August, 2015.