# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| JEANNIE K. MAY, | ) |
| --- | --- |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) Case No.: 4:14-CV-578-TCM |
|  | ) |
| NATIONSTAR MORTGAGE, LLC. | ) |
|  | ) |
| Defendant. | ) |

## PLAINTIFF'S FINAL EXHIBIT LIST

Comes now the Plaintiff and hereby submits her Final Exhibit List.

| No. | Document Title | Bates-stamp | Will use | May use |
| --- | --- | --- | --- | --- |
| 1 | NS Collection History Profile for Loan ending 2318 -printed 03/03/2014 (Depo Exhibit 1 – Agyeman, Loll, Joseph) | NATIONSTAR00468-00504 | ✓ | |
| 2 | NS Collection History Profile -printed 05/08/2015 (with redaction on NS01847 concerning settlement) | NATIONSTAR01800-01851 | ✓ | |
| 3 | Transcript of Audio Recording dated 04/10/2013 and labeled NATIONSTAR00817 (Depo Exhibit 2 – Agyeman) | | ✓ | |
| 4 | Audio Recording of telephone call between Agyeman and May dated 04/10/2013 | NATIONSTAR00817 | ✓ | |
| 5 | 2013-03-14 NS correspondence to May enclosing 12-month Payment History (Depo Exhibit 3 – Agyeman, Loll) | MAY00376, 00257-00260 | ✓ | |
| 6 | Transcript of Audio Recording dated 04/20/2013 and labeled NATIONSTAR00819 (Depo Exhibit 4 – Agyeman) | | ✓ | |
| 7 | Audio Recording of telephone call between Agyeman and May dated 04/20/2013 | NATIONSTAR00819 | ✓ | |
| 8 | 2013-04-09 May fax to A. Jackson (NS) (Depo Exhibit 5 – Agyeman, Loll) | NATIONSTAR00276-00303 | ✓ | |
| 9 | 2013-04-23 May email to C. Agyeman (NS) (Depo Exhibit 6 – Agyeman) | MAY00243 | ✓ | |
| 10 | Transcript of Audio Recording dated 04/23/2013 and labeled NATIONSTAR00824 (Depo Exhibit 7 – Agyeman) | | ✓ | |
| 11 | Audio Recording of telephone call between Agyeman and May dated 04/23/2013 | NATIONSTAR00824 | ✓ | |
| 12 | 2013-04-22 May fax to Research (NS) (Depo Exhibit 8 – Agyeman, Loll) | MAY00008-00046 | ✓ | |

| | | | | |
|---|---|---|---|---|
| 13 | 2013-04-30 May email to C. Agyeman (NS) (Depo Exhibit 9 – Agyeman) | MAY00264 | ✓ | |
| 14 | Transcript of Audio Recording dated 04/30/2013 and labeled NATIONSTAR00820 (Depo Exhibit 10 – Agyeman) | | ✓ | |
| 15 | Audio Recording of telephone call between Agyeman and May dated 04/30/2013 | NATIONSTAR00820 | ✓ | |
| 16 | 2013-04-19 NS correspondence to May, loan in default (Depo Exhibit 11 – Agyeman, Loll) | NATIONSTAR 00306-00309 | ✓ | |
| 17 | Transcript of Audio Recording dated 07/08/2013 and labeled NATIONSTAR00825 (Depo Exhibit 12 – Nance) | | ✓ | |
| 18 | Audio Recording of telephone call between Nance and May dated 07/08/2013 | NATIONSTAR00825 | ✓ | |
| 19 | Transcript of Audio Recording dated 10/04/2013 and labeled NATIONSTAR00821 (Depo Exhibit 13 – Nance) | | ✓ | |
| 20 | Audio Recording of telephone call between Nance and May dated 10/04/2013 | NATIONSTAR00821 | ✓ | |
| 21 | NS Process Management Notes (Depo Exhibit 14 – Nance, Loll) | NATIONSTAR00437-00467 | ✓ | |
| 22 | Transcript of Audio Recording dated 08/09/2013 and labeled NATIONSTAR1700 (Depo Exhibit 15 – Kimbuta) | | ✓ | |
| 23 | Audio Recording of telephone call between Kimbuta and May dated 08/09/2013 | NATIONSTAR 1700 | ✓ | |
| 24 | 2013-04-18 NS Mortgage Loan Statement (Depo Exhibit 16 – Kimbuta, Loll) | NATIONSTAR00789-00791 | ✓ | |
| 25 | Transcript of Audio Recording dated 08/22/2013 and labeled NATIONSTAR1702 (Depo Exhibit 17 – Kimbuta) | | ✓ | |
| 26 | Audio Recording of telephone call between Kimbuta and May dated 08/22/2013 | NATIONSTAR 1702 | ✓ | |
| 27 | 2015-04-03 NS Mortgage Loan Statement (Depo Exhibit 18 – Loll) | MAY00785-00790; 00791-00794 | ✓ | |
| 28 | Amended Notice of Deposition of NS Corporate Representative (Depo Exhibit 19 – Loll) | | ✓ | |
| 29 | 2013-02-26 NS Mortgage Loan Statement (Depo Exhibit 20 – Loll) | NATIONSTAR00636-00638 | ✓ | |
| 30 | 2013-01-06 Order Discharging Debtor filed 01/05/2013 (USBC-MOED Case 07-47405) (Depo Exhibit 21 – Loll) | MAY00101-00104 | ✓ | |
| 31 | Motion for Relief from Automatic Stay filed 04/18/2011 (USBC-MOED Case 07-47405) (Depo Exhibit 22 – Loll) | | ✓ | |
| 32 | Image of USBank Cashier's Check in amount of $4838.38 dated 05-06-2011 (Depo Exhibit 23 – Loll) | MAY00169 | ✓ | |
| 33 | Withdrawal of Motion for Relief from Automatic Stay filed 05/18/2011 (USBC-MOED Case 07-47405) (Depo Exhibit 24 – Loll) | MAY00254-00255 | ✓ | |

| | | | | |
|---|---|---|---|---|
| 34 | 2013-03-11 NS Mortgage Loan Statement (Depo Exhibit 25 – Loll) | NATIONSTAR00639-00643 | ✓ | |
| 35 | 2013-04-10 May email to F. Williams (NS) (Depo Exhibit 28 – Loll) | MAY00256 | ✓ | |
| 36 | 2013-04-15 May fax to V. Jackson (NS) enclosing check image (cashier's check in amount of $4838.38) (Depo Exhibit 29 – Loll) | NATIONSTAR00665-00666 | ✓ | |
| 37 | 2013-05-02 NS correspondence to May, researching your request of 04/23/2013 (Depo Exhibit 30 – Loll) | MAY00232 | ✓ | |
| 38 | 2013-05-08 NS correspondence to May, Trial Period Plan offer (Depo Exhibit 32 – Loll) | MAY00275-00278 | ✓ | |
| 39 | 2013-05-08 NS correspondence to May, mortgage seriously delinquent (Depo Exhibit 33 – Loll) | MAY00050-00051 | ✓ | |
| 40 | 2013-08-21 May correspondence to NS, QWR (Depo Exhibit 42 – Loll) | NATIONSTAR00738-00752 | ✓ | |
| 41 | 2013-09-03 NS correspondence to May, response to QWR dated 08/21/2013 (Depo Exhibit 43 – Loll; Depo Exhibit 11 - May) | NATIONSTAR00753-00755, 00758-00816 | ✓ | |
| 42 | 2013-09-03 email chain between M. Amaya and E. Brown (NS) (Depo Exhibit 44 – Loll) | NATIONSTAR00756-00757 | ✓ | |
| 43 | 2013-08-21 NS correspondence to May, offering loan modification (Depo Exhibit 45 – Loll) | MAY00294-00310 | ✓ | |
| 44 | 2013-08-30 NS correspondence to May, notice of default (Depo Exhibit 46 – Loll) | NATIONSTAR00316-00319 | ✓ | |
| 45 | 2013-09-18 NS Mortgage Loan Statement (Depo Exhibit 47 – Loll) | MAY00384-387 | ✓ | |
| 46 | 2013-11-05 Foreclosure attorney correspondence to May (Depo Exhibit 48 – Loll) | MAY00004 | ✓ | |
| 47 | 2013-12-19 Healey correspondence to foreclosure attorney disputing 11/05/2013 notice of default | MAY00047-00049, 00022-00023, 00111, 00244, 00311-00312 | ✓ | |
| 48 | 2013-12-30 MLLF response to Healey letter dated 12/19/2013 | MAY00383 | ✓ | |
| 49 | 2014-01-14 Healey ltr to NS, need substantive response to 12/19/2013 letter | MAY00099 | ✓ | |
| 50 | 2014-01-21 Foreclosure attorney correspondence to Healey, Notice of Trustee's Sale (Depo Exhibit 50 – Loll) | MAY00377 | ✓ | |
| 51 | 2014-01-27 Equifax Credit Report for Jeannie K. May (Depo Exhibit 51 – Loll) | MAY00439-00463 | ✓ | |
| 52 | 2014-06-29 May correspondence to Equifax, disputing information reported by NS (Depo Exhibit 52 – Loll) | MAY00491 | ✓ | |

| # | Description | Bates | Admitted | Other |
|---|---|---|---|---|
| 53 | 2014-07-08 ACDV by NS to Equifax (Depo Exhibit 53 – Loll) | NATIONSTAR01688 | ✓ | |
| 54 | NS Credit Reporting Disputes Procedures (Depo Exhibit 54 – Loll) | NATIONSTAR01661-01687 | ✓ | |
| 55 | 2014-09-27 Equifax Credit Report for Jeannie K. May (Depo Exhibit 55 – Loll) | MAY00510-00521 | ✓ | |
| 56 | 2013-03-30 email chain including Cash Exception Processing, John M. Jurgenson, and others (NS) (Depo Exhibit 56 – Loll) | NATIONSTAR01708-01726 | ✓ | |
| 57 | 2014-06-20 NS correspondence to May, Lender Paid Expense Balance Breakdown (Depo Exhibit 57 – Loll) | NATIONSTAR00735-00737 | ✓ | |
| 58 | Notice of Subpoena to World's Foremost Bank, N.A. (Depo Exhibit 1 – Huss) | | | ✓ |
| 59 | 2014-05-05 WFB correspondence to May, denial of credit (Depo Exhibit 2 – Huss; Depo Exhibit 27 - May) | MAY00754-00755 | ✓ | |
| 60 | WFB Credit Application for May dated 05/05/2014 (electronic form) (Depo Exhibit 3 – Huss) | WFB002-007 | ✓ | |
| 61 | 2014-08-20 WFB correspondence to May, denial of credit (Depo Exhibit 4 – Huss; Depo Exhibit 28 - May) | MAY00530-00531 | ✓ | |
| 62 | WFB Credit Application for May dated 08/20/2014 (electronic form) (Depo Exhibit 5 – Huss) | WFB008-013 | ✓ | |
| 63 | 2014-05-05 Cabela's Credit Application by May (handwritten) | WFB014-015 | ✓ | |
| 64 | 2014-06-29 May correspondence to Equifax, disputing information reported by NS (Depo Exhibit 1 – Munson) | EIS-MAY-000010-000040 | ✓ | |
| 65 | 2014-07-08 ACDV by NS to Equifax (Depo Exhibit 2 – Munson) | EIS-MAY-000008-000009, 000044-000045 | ✓ | |
| 66 | 2014-07-25 ACIS Case (Depo Exhibit 3 – Munson) | EIS-MAY-000041-000043 | | ✓ |
| 67 | 2014-07-25 Equifax correspondence to May, results of investigation (Depo Exhibit 4 – Munson) | MAY00492-00493 | ✓ | |
| 68 | 2014-08-19 Equifax Credit Report for May (Depo Exhibit 5 – Munson) | MAY00494-00509 | ✓ | |
| 69 | 2014-09-27 Equifax Credit Report for May (Depo Exhibit 6 – Munson) | MAY00510-00521 | ✓ | |
| 70 | Terminal Audit Information (Depo Exhibit 7 – Munson) | EIS-MAY-000001-000003 | | ✓ |
| 71 | Frozen Scans of May's credit files (Depo Exhibit 8 – Munson) | EIS-MAY-000046-000086 | | ✓ |
| 72 | Automated Universal Data from Equifax to NS dated 10/23/2014 (Depo Exhibit 9 – Munson) | EIS-MAY-000004-000005 | ✓ | |
| 73 | Automated Universal Data from Equifax to NS dated 05/08/2015 (Depo Exhibit 10 – Munson) | EIS-MAY-000006-000007 | ✓ | |

| | | | | |
|---|---|---|---|---|
| 74 | 2015-07-01 Equifax Credit Report for May (Depo Exhibit 11 – Munson) | | ✓ | |
| 75 | 2013-07-02 TransUnion credit report | MAY00407-00414 | ✓ | |
| 76 | 2013-09-23 Experian credit report | MAY00415-00428 | ✓ | |
| 77 | 2013-09-23 TransUnion credit report | MAY00429-00438 | ✓ | |
| 78 | 2014-01-29 TriMerge credit report | MAY00464-00489 | ✓ | |
| 79 | Subpoena to Jennifer Prostredny (Depo Exhibit 1 – Prostredny) | | ✓ | |
| 80 | Better Business Bureau Complaint (Depo Exhibit 2 – Prostredny) | PROSTREDNY 001-002 | ✓ | |
| 81 | 2014-08-06 Prostredny correspondence to NS, requesting investigation of missing payments (Depo Exhibit 3 – Prostredny) | PROSTREDNY 005 | ✓ | |
| 82 | 2014-08-09 Prostredny correspondence to J. Bray CEO-NS, disputing default (Depo Exhibit 4 – Prostredny) | PROSTREDNY 003-004, email version also | ✓ | |
| 83 | Prostredny's typewritten notes (Depo Exhibit 5 – Prostredny) | | ✓ | |
| 84 | 2014-06-10 Prostredny's first Fax Complaint to NS (Depo Exhibit 6 – Prostredny) | | ✓ | |
| 85 | 2014-07-02 NS (M. Weimer) correspondence to Prostredny, investigation results (Depo Exhibit 7 – Prostredny) | | ✓ | |
| 86 | 2014-08-06 NS (T. Jackson) correspondence to Prostredny, investigation results (Depo Exhibit 8 – Prostredny) | | ✓ | |
| 87 | 2014-08-06 NS Detail Transaction History (Depo Exhibit 9 – Prostredny) | | ✓ | |
| 88 | 2014-07-01 NS Payment History Transaction Report (Depo Exhibit 10 – Prostredny) | | ✓ | |
| 89 | 2014-08-13 Foreclosure attorney correspondence to Prostredny (Depo Exhibit 11 – Prostredny) | | ✓ | |
| 90 | 2014-08-13 Foreclosure attorney correspondence to Prostredny (Depo Exhibit 12 – Prostredny) | | ✓ | |
| 91 | 2014-08-13 NS (T. Price) correspondence to Prostredny, investigation results (Depo Exhibit 14 – Prostredny) | | ✓ | |
| 92 | 2014-08-14 NS (K. Fulton) correspondence to Prostredny, acknowledging correspondence dated 08/13/2014 (Depo Exhibit 15 – Prostredny) | | ✓ | |
| 93 | 2014-08-19 Texas Department of Savings and Mortgage Lending correspondence to Prostredny (Depo Exhibit 16 – Prostredny) | | ✓ | |

| # | Description | Bates | ✓ | ✓ |
|---|---|---|---|---|
| 94 | 2014-08-12 NS (K. Fulton) correspondence to Prostredny, acknowledging BBB complaint (Depo Exhibit 17 – Prostredny) | | ✓ | |
| 95 | 2014-07-18 NS Mortgage Loan Statement (Depo Exhibit 18 – Prostredny) | | ✓ | |
| 96 | 2014-08-18 NS Mortgage Loan Statement (Depo Exhibit 19 – Prostredny) | | ✓ | |
| 97 | 2014-09-12 NS Mortgage Loan Statement (Depo Exhibit 20 – Prostredny) | | ✓ | |
| 98 | 2014-06-24 Bankruptcy disbursement inquiry (Depo Exhibit 21 – Prostredny) | | ✓ | |
| 99 | Prostredny spreadsheet comparing Bk Trustee payments to NS payments recorded (Depo Exhibit 22 – Prostredny) | | ✓ | |
| 100 | Stipulated Protective Order signed by witness Dr. Daniel Maestas 02/06/2015 (Depo Exhibit 1 – Maestas) | | | ✓ |
| 101 | Subpoena to Mercy Clinic by NS and responsive documents (Depo Exhibit 2 – Maestas) | Maestas 00001-00193 | | ✓ |
| 102 | Medical records produced by May (Depo Exhibit 3 – Maestas) | MAY00607-00769 | ✓ | |
| 103 | Deed of Trust recorded 04/04/2007 (Depo Exhibit 1 - May) | NATIONSTAR00826-00841 | | ✓ |
| 104 | Note dated 03/30/2007 (Depo Exhibit 2 - May) | NATIONSTAR00109-00112 | | ✓ |
| 105 | Detailed dates of Calls w/ NS (02/25/2013 - 04/30/2013, 05/30/2013 - 10/24/2013), prepared by witness (Depo Exhibits 5, 6 - May) | MAY00241-00242, 00167 | ✓ | |
| 106 | 2014-03-10 May correspondence to NS, QWR | NATIONSTAR00843-00857 | ✓ | |
| 107 | 2014-03-10 May correspondence to NS, QWR follow-up with check enclosed | MAY00528-00529 | ✓ | |
| 108 | 2014-03-31 The Bankruptcy Company correspondence to May, forwarding NS correspondence dated 03/19/2014 (Depo Exhibit 13 - May) | MAY00172-00173 | ✓ | |
| 109 | 2014-04-24 NS correspondence to May, request additional time to respond to QWR dated 03/10/2014 (Depo Exhibit 14 - May) | MAY00170-00171 | ✓ | |
| 110 | 2014-05-08 NS correspondence to May, response to QWR dated 03/10/2014 acknowledging error of misapplied funds (Depo Exhibit 15 - May) | MAY00182-00183 | ✓ | |
| 111 | 2014-05-24 May correspondence to NS, Request for Information and Notice of Error and response to NS correspondence dated 05/08/2014 (Depo Exhibit 16 - May) | NATIONSTAR00355-00376 | ✓ | |

| # | Description | Bates | ✓ | ✓ |
|---|---|---|---|---|
| 112 | 2014-06-02 NS correspondencd to May, acknowledging correspondence dated 05/29/2014 (Depo Exhibit 17 - May) | NATIONSTAR00863 | ✓ | |
| 113 | 2014-09-08 May correspondence to NS, Request for Information and Notice of Error (Depo Exhibit 18 - May) | MAY00522-00523 | ✓ | |
| 114 | 2014-10-31 NS correspondence to Healey, response to correspondence dated 09/21/2014 -no error occurred (Depo Exhibit 19 - May) | MAY00568-00569 | ✓ | |
| 115 | USBC Notice of Final Cure Payment, filed 11/15/2012 | MAY00279-00280 | ✓ | |
| 116 | USBC Response to Notice of Final Cure, filed 11/29/2012 | MAY00292-00293 | ✓ | |
| 117 | Bank response enclosing Bill Pay history | MAY00105-00108 | ✓ | |
| 118 | 2013-04-09 Internet Bill Pay - Bill History | MAY00119-00120 | ✓ | |
| 119 | 2013-05-02 Internal NS email chain | NATIONSTAR01755-01793 | ✓ | |
| 120 | 2013-06-04 NS correspondence to May, Trial Period Plan offer | MAY00265-00266 | ✓ | |
| 121 | NS modification calculations | NATIONSTAR00395, 00401, 00407 | | ✓ |
| 122 | 2013-09-03 NS correspondence to May, payoff information | MAY00378-00380 | | ✓ |
| 123 | 2013-12-04 Corporate Assignment of Deed of Trust | NATIONSTAR00898-00900 | | ✓ |
| 124 | 2014-01-07 Appointment of Substitute Trustee | NATIONSTAR00243-00247 | | ✓ |
| 125 | 2014-01-24 BPO of May property | NATIONSTAR00377-00385 | ✓ | |
| 126 | 2014-02-11 GSE Foreclosure Verification by Servicer Letter | NATIONSTAR00410 | | ✓ |
| 127 | 2014-02-17 SCRA Single Record Request | NATIONSTAR00432-00434 | | ✓ |
| 128 | Filing Fee St. Louis County -proof of payment | | ✓ | |
| 129 | 2014-03-05 NS online acct access-mailing address correction | MAY00561-00563 | ✓ | |
| 130 | 2014-04-24 USBank online payment confirmation | MAY00168 | ✓ | |
| 131 | 2014-05-19 Real Estate Tax History Statement -St Louis County, MO | MAY00228-00229 | ✓ | |
| 132 | 2014-05-25 May correspondence to NS, enclosing 2 checks | MAY00240, 00227, 00554-00555 | ✓ | |
| 133 | 2014-06-30 USBank online account access - checking transactions | MAY00239 | ✓ | |

| # | Description | Bates | ✓ | ✓ |
|---|---|---|---|---|
| 134 | 2014-08-24 May correspondence to NS, enclosing checks for Jul, Aug, Sep 2014 payments | MAY00549-00550 | ✓ | |
| 135 | 2015-03-25 May correspondence to NS, requesting monthly statements and Form 1098 for year 2014 | MAY00795 | ✓ | |
| 136 | 2010-12-15 CitiMortgage Customer Account Activity Statement | NATIONSTAR00419-00431 | | ✓ |
| 137 | 2013-12-24 NS Detail Transaction History | MAY00052-00085 | | ✓ |
| 138 | 2014-03-03 NS Detail Transaction History | NATIONSTAR00505-00538 | | ✓ |
| 139 | 2013-03-13 NS Detail Transaction History | MAY00257-00260 | | ✓ |
| 140 | 2015-05-12 NS Detail Transaction History | NATIONSTAR01852-01904 | | ✓ |
| 141 | 2013-08-30 NS Payment History Transaction Report | NATIONSTAR00792-00815 | | ✓ |
| 142 | 2014-10-31 NS Payment History Transaction Report | MAY00570-00599 | | ✓ |
| 143 | 2014-05-28 NS Payment History Transaction Report | NATIONSTAR00540-00585 | | ✓ |
| | | | | ✓ |
| 144 | Internet Bill Pay - Bill Detail (confirmations, various) | MAY00003, 00109, 00086, 00285, 00252, 00274, 00284, 00313, 00001, 00098 | | ✓ |
| 145 | Check images (various) | MAY00536-00543 | | ✓ |
| 146 | Mail receipts (various) | MAY00381-382, 00392-00400, 00532-00535, 00544-00546 | ✓ | |
| 147 | Handwritten notes by May (various) | MAY00211-00225, 00401 | ✓ | |
| 148 | Receipts for packing expenses (various) (Depo Exhibits 23, 24, 25 - May) | MAY00402-00405, 00602 | ✓ | |
| 149 | NS correspondence to May, returning funds (various) | MAY00128-130, 00175-00177 | ✓ | |
| 150 | NS Monthly Mortgage Statement (various) | NATIONSTAR00636-00643, 00789-00791, MAY00384-00387, NATIONSTAR00644-00647, MAY00113-00118, NATIONSTAR00632-00635, MAY00791-00794 | ✓ | |

| # | Description | Bates | ✓ | ✓ |
|---|---|---|---|---|
| 151 | NS Online Access -MyAccountSummary (various payment histories) | MAY00282-00283, 00286-00287, 00311-00312, 00238 | | ✓ |
| 152 | NS Online Access -MyAccountSummary (various terms and dates) | MAY00288-00289, 00273, 00600-00601, 00121 | | ✓ |
| 153 | NS correspondence to May, new Single Point of Contact-SPOC (various) | NATIONSTAR00275, 00314-00315 | ✓ | |
| 154 | NS correspondence to May, unapplied funds placed in suspense (various) | MAY00253, 00251, 00290, 00281, 00291 | ✓ | |
| 155 | USBank correspondence to May, funds returned by NS (various) | MAY00112, 00002, 00006, 00007, 00565, 00567, 00560 | ✓ | |
| 156 | Form 1098 -Tax Years 2010, 2011, 2012, 2013 | NATIONSTAR00256-00257, 00260; MAY00603-00604, 00605-00606, 00524 | ✓ | |
| 157 | Various Property Inspection Reports | NATIONSTAR00667-00734 | ✓ | |
| 158 | Pettigrew Rejected Payment Transactions | NATIONSTAR00864-00897 | ✓ | |
| 159 | Various invoices from Bk attorneys Brice Vander Linden & Wernick PC | NATIONSTAR00648-00651 | | ✓ |
| 160 | Various court documents regarding neighbor dispute | MAY00756-00769 | | ✓ |
| 161 | Property Inspection Invoices (various) | NATIONSTAR01921-01922, 01916-01917, 01923-01926 | ✓ | |
| 162 | Screenshots from NS servicing system | NATIONSTAR01795-01799 | | |
| 163 | Form 1040 -Federal Income Tax Returns for 2009, 2010, 2011, 2012, 2013 for May | MAY00770-00772, 00773-00775, 00776-00778, 00779-00781, 00782-00784 | | ✓ |
| 164 | Authoritative Sources: 362a-Automatic Stay (date created 12/21/2012) | NATIONSTAR00901-00903 | | ✓ |
| 165 | Authoritative Sources: 362c-Automatic Stay (date created 12/21/2012) | NATIONSTAR00904-00906 | | ✓ |
| 166 | Authoritative Sources: 362d-Automatic Stay (date created 12/21/2012) | NATIONSTAR00907-00908 | | ✓ |
| 167 | P & M: Chapter 13 Discharges Procedures (date created 4/1/2014) | NATIONSTAR00909-00921 | | ✓ |
| 168 | P & M; Chapter 13 Plan Review Procedures (date created 3/22/2014) | NATIONSTAR00922-00930 | | ✓ |

| # | Description | Bates | | ✓ |
|---|---|---|---|---|
| 169 | Control Standards: Bankruptcy-Communication Standard (date created 2/21/2013) | NATIONSTAR00931-00937 | | ✓ |
| 170 | Authoritative Sources: 524a-Effect Of Discharge (date created 12/21/2012) | NATIONSTAR00938-00940 | | ✓ |
| 171 | P & M: Single Point of Contact Bankruptcy Procedures (date created 3/22/2014) | NATIONSTAR00941-00943 | | ✓ |
| 172 | Authoritative Sources: Bankruptcy - 3 (date created 12/21/2012) | NATIONSTAR00944-00945 | | ✓ |
| 173 | P & M: Bankruptcy Court Approvals Procedures (date created 3/22/2014) | NATIONSTAR00946-00948 | | ✓ |
| 174 | Authoritative Sources: Bankruptcy - 1 (date created 12/21/2012) | NATIONSTAR00949-00950 | | ✓ |
| 175 | Authoritative Sources: Bankruptcy - 2 (date created 12/21/2012) | NATIONSTAR00951-00952 | | ✓ |
| 176 | Authoritative Sources: Bankruptcy - 3 (date created 12/21/2012) | NATIONSTAR00953-00954 | | ✓ |
| 177 | Control Standards: Bankruptcy-Communication Standard (date created 2/21/2013) | NATIONSTAR00955-00961 | | ✓ |
| 178 | P & M: Bankruptcy Notification Procedures (date created 3/22/2014) | NATIONSTAR00962-00965 | | ✓ |
| 179 | P & M: Bankruptcy Payment Processing Procedures (date created 3/22/2014) | NATIONSTAR00966-00969 | | ✓ |
| 180 | Control Standards: Bankruptcy Standard (date created 2/21/2013) | NATIONSTAR00970-00977 | | ✓ |
| 181 | Amended Proof of Claim Report | NATIONSTAR00978-00980 | | ✓ |
| 182 | Bankruptcy Cram Down | NATIONSTAR00981 | | ✓ |
| 183 | Bankruptcy Filings (Emails) | NATIONSTAR00982-00987 | | ✓ |
| 184 | Bankruptcy Policy | NATIONSTAR00988 | | ✓ |
| 185 | Bankruptcy Verification/Setup Manual Review | NATIONSTAR00989-00997 | | ✓ |
| 186 | Bankruptcy Gain Loss Review - Equity Analysis Policy and Procedure (date created 8/26/2010) | NATIONSTAR00998-01005 | | ✓ |
| 187 | Chapter 13 Plan Review | NATIONSTAR01006-01017 | | ✓ |
| 188 | Chapter 13 Discharges | NATIONSTAR01018-01031 | | ✓ |
| 189 | Complete Motion For Relief Template | NATIONSTAR01032-01033 | | ✓ |
| 190 | Complete Proof of Claim Template Procedures | NATIONSTAR01034-01035 | | ✓ |

| # | Description | Bates | | ✓ |
|---|---|---|---|---|
| 191 | Dismissal | NATIONSTAR01036-01045 | | ✓ |
| 192 | Procedures Motion For Relief | NATIONSTAR01046-01061 | | ✓ |
| 193 | No POC Filed Report | NATIONSTAR01062-01066 | | ✓ |
| 194 | Proof of Claim | NATIONSTAR01067-01086 | | ✓ |
| 195 | Reactivating Bankruptcy Cases | NATIONSTAR01087-01097 | | ✓ |
| 196 | Adversary Procedures | NATIONSTAR01098-01105 | | ✓ |
| 197 | Bankruptcy Setup | NATIONSTAR01106-01111 | | ✓ |
| 198 | Review Docket Report | NATIONSTAR01112-01120 | | ✓ |
| 199 | Perform Setup in LSAMS | NATIONSTAR01121-01136 | | ✓ |
| 200 | Bk Escrow Analysis Procedures | NATIONSTAR01137-01144 | | ✓ |
| 201 | Closing Process - Chapter 7,11,12, & 13 | NATIONSTAR01145-01173 | | ✓ |
| 202 | Tasks in LSAMS, PACER, and LPS to process a Chapter 7 Motion For Relief | NATIONSTAR01174-01228 | | ✓ |
| 203 | LPS Desktop Process Management Bankruptcy Configuration Manual (date created 10/16/2012) | NATIONSTAR01229-01423 | | ✓ |
| 204 | Notice of Final Cure & Objection | NATIONSTAR01424-01437 | | ✓ |
| 205 | Proof Of Claim, Plan Review and Plan Objection Procedures | NATIONSTAR01438-01548 | | ✓ |
| 206 | BK Affidavit Initial Review | NATIONSTAR01549-01553 | | ✓ |
| 207 | Closing Process - Chapter 7,11,12, & 13 For Discharges, Chapter 11 Confirmations, Dismissals | NATIONSTAR01554-01582 | | ✓ |
| 208 | Job aid: Different methods for the interest calculation for proof of claim | NATIONSTAR01583-01587 | | ✓ |
| 209 | Motion for Relief Affidavit Processor Checklist | NATIONSTAR01588-01589 | | ✓ |
| 210 | Motion for Relief: Delinquency Review, Motion For Relief | NATIONSTAR01590-01603 | | ✓ |
| 211 | Proof Of Claim | NATIONSTAR01604-01620 | | ✓ |
| 212 | Bankruptcy Department Suspense Procedures (date created 10/9/2013) | NATIONSTAR01621-01635 | | ✓ |

| # | Description | Bates/URL | Col4 | Col5 |
|---|---|---|---|---|
| 213 | Pizza Boy: TOC Process (Pizza Boy aka 4S website) | NATIONSTAR01636-01660 | | ✓ |
| 214 | Credit Reporting Disputes Procedures | NATIONSTAR01661-01687 | | ✓ |
| 215 | NMHI Form 10-K Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 For fiscal year ended 12/31/2014 | http://www.sec.gov/Archives/edgar/data/1520566/000152056615000009/nsmhinc-1231201410xk.htm | ✓ | |
| 216 | NMHI Form 8-K Current Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for 01/06/2013 | http://www.sec.gov/Archives/edgar/data/1520566/000119312513009512/d461579d8k.htm | | ✓ |
| 217 | Collection Agency License List - Idaho Department of Finance website | http://www.finance.idaho.gov/CollectionAgency/CollectionAgencyLicense.aspx | | ✓ |
| 218 | Verified Petition For Damages and Injunctive Relief, filed 02/19/2014 (without exhibits) | | | ✓ |
| 219 | Motion for Temporary Restraining Order, filed 02/19/2014 | | | ✓ |
| 220 | Plaintiff's Memorandum of Facts and Law in Support of Motion for Temporary Restraining Order and Preliminary Injunction, filed 02/19/2014 | | | ✓ |
| 221 | Memo Setting Hearing by Judge Cohen on 02/21/2014, filed 02/19/2014 | | | ✓ |
| 222 | Notice of Hearing, filed 02/19/2014 | | | ✓ |
| 223 | Plaintiff's First Amended Verified Petition for Damages and Injunctive Relief, filed 03/26/2014 (without exhibits) | | | ✓ |
| 224 | Defendant's Answer and Affirmative Defenses to Counts I, III, and VII of Plaintiff's First Amended Verified Petition for Damages and Injunctive Relief, filed 05/01/2014 | | | ✓ |
| 225 | Plaintiff's Second Amended Complaint, filed 09/18/2014 (without exhibits) (Depo Exhibit 3, including exhibits - May) | | | ✓ |
| 226 | Defendant's Answer and Affirmative Defenses to Counts I, III, VII, VIII, and X of Plaintiff's Second Amended Complaint, filed 09/30/2014 | | | ✓ |
| 227 | Defendant's Answer and Affirmative Defenses to Counts I-V and VII-X of Plaintiff's Second Amended Complaint, filed 12/03/2014 | | | ✓ |
| 228 | Defendant's Objections to Discovery Requests dated 08/14/2014 –served 09/18/2014 | | | ✓ |

| # | Description | | | ✓ |
|---|---|---|---|---|
| 229 | Defendant's Supplemental Answers and Objections to Plaintiff's Discovery Requests dated 04/29/2014 –served 01/02/2015 | | | ✓ |
| 230 | NS Answers and Objections to Plaintiff's Discovery Requests dated 04/29/2014 -served 06/30/2014 (Depo Exhibit 27 – Loll) | | | ✓ |
| 231 | Defendant's Supplemental Answers and Objections to Plaintiff's Discovery Requests dated 08/14/2014 –served 01/20/2015 | | | ✓ |
| 232 | Defendant's Answers and Objections to Plaintiff's Discovery Requests dated 12/23/2014 – served 01/26/2015 | | | ✓ |
| 233 | Defendant's Amended and Supplemental Answers and Objections to Plaintiff's Discovery Requests dated 04/29/2014 –served 03/31/2015 | | | ✓ |
| 234 | NS Answers and Objections to Plt's Discovery Requests dated 02/09/2015 -served 03/31/2015 (Depo Exhibit 26 – Loll) | | | ✓ |
| 235 | Defendant's Second Supplemental Answers and Objections to Plaintiff's Discovery Requests dated 04/29/2014 –served 05/13/2015 | | | ✓ |
| 236 | Defendant's Answers and Objections to Plaintiff's Discovery Requests dated 04/09/2015 –served 05/13/2015 | | | ✓ |
| 237 | Defendant's Answers and Objections to Plaintiff's Discovery Requests dated 04/10/2015 –served 05/13/2015 | | | ✓ |
| 238 | All documents identified by Nationstar not otherwise objected to by Plaintiff | | | ✓ |

Respectfully submitted,

**HUMPHREYS WALLACE HUMPHREYS, P.C.**

By:   /s/ Luke Wallace
      David Humphreys, OBA # 12346, *Pro Hac Vice*
      Luke J. Wallace, OBA # 16070, *Pro Hac Vice*
      Paul Catalano, OBA # 22097, *Pro Hac Vice*
      9202 South Toledo Avenue
      Tulsa, Oklahoma 74137
      918-747-5300 / 918-747-5311 Facsimile

      Elizabeth S. Letcher, CA Bar No. 172986, *Pro Hac Vice*
      Law Offices of Elizabeth S. Letcher
      60 29th St, No. 221
      San Francisco, CA 94110
      415-643-4755 / 415-738-5400 Facsimile

      Robert T. Healey, Jr., MO Bar No. 34138
      Healey Law LLC
      640 Cepi Drive, Suite A
      Chesterfield, Missouri 63005
      636-563-5175 / 636-590-2882 Facsimile
      **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 27th day of October, 2015, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing.  The Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:


Kevin M. Abel
Amy E. Breihan
Rhiana A. Luaders
Bryan Cave LLP
One Metropolitan Square
211 N Broadway, Ste 3600
St. Louis, MO  63102

Jeffrey M. Tillotson
Lynn Tillotson Pinker & Cox LLP
2100 Ross Av, Ste 2700
Dallas, TX  75201
*Attorneys for Defendant Nationstar Mortgage LLC*


                  /s/ Luke Wallace_____