# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JEANNIE K. MAY, § § Plaintiff, § § v. § § NATIONSTAR MORTGAGE LLC, § § Defendant. § | Case No. 4:14-CV-578-TCM |

## DEFENDANT'S TRIAL EXHIBIT LIST

| Def. Trial Ex. No. | Depo Ex. No. | Bates No. | Description | Date | Will Use | May Use |
|---|---|---|---|---|---|---|
| A. | 1 | NATIONSTAR 468-504 | Collection History Profile | 3/3/2014 | ✓ | |
| B. | 2 | | Transcript of telephone call between Plaintiff and Nationstar | 4/10/2013 | ✓ | |
| C. | | NATIONSTAR 825 | Recorded call 4/10/2013 | 4/10/2013 | ✓ | |
| D. | 3 | | Letter from Nationstar to May enclosing Detail Transaction History | 3/14/2013 | ✓ | |
| E. | 4 | | Transcript of telephone call between Plaintiff and Nationstar | 4/20/13 | | |
| F. | | NATIONSTAR 823 | Recorded call 4/20/2013 | 4/20/2013 | ✓ | |
| G. | 5 | | Fax from Plaintiff to Nationstar | 4/9/2013 | | ✓ |
| H. | 6 | MAY243 | Email from Plaintiff to Nationstar | 4/23/2013 | | ✓ |
| I. | 7 | | Transcript of telephone call between Plaintiff and Nationstar | 4/23/2013 | ✓ | |
| J. | | NATIONSTAR 822 | Recorded call 4/23/2013 | 4/23/2013 | ✓ | |

| Def. Trial Ex. No. | Depo Ex. No. | Bates No. | Description | Date | Will Use | May Use |
|---|---|---|---|---|---|---|
| K. | 8 | MAY8-46 | Fax transmissions from Plaintiff to Nationstar | | | ✓ |
| L. | 9 | MAY264 | Email from Plaintiff to Nationstar | 4/30/2013 | | ✓ |
| M. | 10 | | Transcript of telephone call between Plaintiff and Nationstar | 4/30/2013 | ✓ | |
| N. | | NATIONSTAR 821 | Recorded call 4/30/2013 | 4/30/2013 | ✓ | |
| O. | 11 | | Default Notice | 4/19/2013 | | ✓ |
| P. | 12 | | Transcript of telephone call between Plaintiff and Nationstar | 7/8/2013 | ✓ | |
| Q. | | NATIONSTAR 819 | Recorded call 7/8/2013 | 7/8/2013 | ✓ | |
| R. | 13 | | Transcript of telephone call between Plaintiff and Nationstar | 10/4/2013 | ✓ | |
| S. | | | Recorded call 10/4/2013 | 10/4/2013 | ✓ | |
| T. | 14 | NATIONSTAR 437-467 | Process management notes for May loan | 5/28/2014 | ✓ | |
| U. | 15 | | Transcript of telephone call between Plaintiff and Nationstar | 8/9/2013 | ✓ | |
| V. | | NATIONSTAR 1700 | Recorded call 8/9/2013 | 8/9/2013 | ✓ | |
| W. | 16 | MAY248 | Mortgage Loan Statement | 5/1/2013 | | ✓ |
| X. | 17 | | Transcript of telephone call between Plaintiff and Nationstar | 8/22/2013 | ✓ | |
| Y. | | NATIONSTAR 1702 | Recorded call 8/22/2013 | 8/22/2013 | ✓ | |
| Z. | 18 | MAY248 | Mortgage Loan Statement | 4/3/2015 | ✓ | |
| AA. | 20 | NATIONSTAR 636-638 | Mortgage Loan Statement | 3/1/2013 | ✓ | |

| Def. Trial Ex. No. | Depo Ex. No. | Bates No. | Description | Date | Will Use | May Use |
|---|---|---|---|---|---|---|
| BB. | 21 | MAY101 | Order Discharging Debtor | 1/6/2013 | | ✓ |
| CC. | 22 | | Motion for Relief from Automatic Stay | 4/18/2011 | | ✓ |
| DD. | 23 | MAY169 | Cashier's check to Nationstar | 5/6/2011 | | ✓ |
| EE. | 24 | MAY254 | Withdrawal of Motion for Relief from Automatic Stay | 5/18/2011 | | ✓ |
| FF. | 25 | NATIONSTAR 639-643 | Mortgage Loan Statement | 3/11/2013 | | ✓ |
| GG. | 28 | MAY256 | Email from Plaintiff to Nationstar | 4/10/2013 | | ✓ |
| HH. | 29 | NATIONSTAR 665-666 | Fax from Plaintiff to Nationstar enclosing copy of Cashier's Check | 4/15/2013 | | ✓ |
| II. | 30 | MAY232 | Letter from Nationstar to Plaintiff | 5/2/2013 | ✓ | |
| JJ. | 31 | NATIONSTAR 314 | Letter from Nationstar to Plaintiff | 5/2/2013 | ✓ | |
| KK. | 32 | MAY275-278 | Letter from Nationstar to Plaintiff | 5/8/2013 | ✓ | |
| LL. | 33 | MAY50-51 | Letter from Nationstar to Plaintiff | 5/8/2013 | ✓ | |
| MM. | 34 | NATIONSTAR 315 | Letter from Nationstar to Plaintiff | 5/13/2013 | ✓ | |
| NN. | 35 | MAY284 | Bill Detail | 6/14/2013 | ✓ | |
| OO. | 36 | MAY282-283 | Online Access Account Summary | 6/14/2013 | ✓ | |
| PP. | 37 | MAY286-287 | Online Access Account Summary | 6/14/2013 | ✓ | |
| QQ. | 38 | MAY290 | Letter from Nationstar to Plaintiff | 4/1/2013 | ✓ | |
| RR. | 39 | MAY253, 251, 281, 291, 5 | Suspense notices dated 2/28/2013, 3/29/2013, 5/9/2013, 6/18/2013, and 7/16/2013. | | | ✓ |
| SS. | 40 | MAY313 | Bill Detail | 7/12/2013 | ✓ | |

| Def. Trial Ex. No. | Depo Ex. No. | Bates No. | Description | Date | Will Use | May Use |
|---|---|---|---|---|---|---|
| TT. | 41 | MAY311-312 | Online Access Account Summary | 7/15/2013 | ✓ | |
| UU. | 42 | NATIONSTAR 738-752 | Letter from Plaintiff to Nationstar | 8/21/2013 | ✓ | |
| VV. | 43 | NATIONSTAR 753-816 | Letter from Nationstar to Plaintiff enclosing Plaintiff's loan documents | 9/3/2013 | ✓ | |
| WW. | 44 | NATIONSTAR 756 | Email among Nationstar employees regarding Plaintiff's loan | 9/3/2013 | ✓ | |
| XX. | 45 | MAY294-310 | Letter from Nationstar to Plaintiff regarding loan modification | 8/21/2013 | ✓ | |
| YY. | 46 | NATIONSTAR 316-319 | Letter from Nationstar to Plaintiff | 8/30/2013 | ✓ | |
| ZZ. | 47 | MAY384-387 | Mortgage Loan Statement | 9/18/2013 | | ✓ |
| AAA. | 48 | MAY4 | Letter from Nationstar to May regarding foreclosure | 11/5/2013 | | ✓ |
| BBB. | 49 | NATIONSTAR 342-348 | Letter from Healey to Nationstar | 12/19/2013 | | ✓ |
| CCC. | 50 | MAY377 | Notice of Trustee's Sale | 1/21/2014 | | ✓ |
| DDD. | 51 | MAY439-463 | Credit Report for Jeannie May | 1/27/2014 | ✓ | |
| EEE. | 52 | MAY491 | Dispute letter from Plaintiff to Equifax | 6/29/2014 | | ✓ |
| FFF. | 53 | NATIONSTAR 1688 | ACDV Response | 7/24/2014 | ✓ | |
| GGG. | 54 | NATIONSTAR 1661-1687 | Nationstar credit reporting dispute procedures | | ✓ | |
| HHH. | 55 | MAY510-521 | Letter from Equifax to Plaintiff | 9/27/2014 | ✓ | |
| III. | 56 | NATIONSTAR 1708-1726 | Email correspondence between Nationstar and CitiMortgage | | ✓ | |
| JJJ. | 57 | NATIONSTAR 735-737 | Lender Paid Expense Breakdown | 6/20/2014 | ✓ | |

4

| Def. Trial Ex. No. | Depo Ex. No. | Bates No. | Description | Date | Will Use | May Use |
|---|---|---|---|---|---|---|
| KKK. | WFB2 | MAY754-755 | Letter from to Plaintiff from World's Foremost Bank | 5/5/2014 | ✓ | |
| LLL. | WFB3 | | Credit Application of Plaintiff to World's Foremost Bank | 5/5/2014 | | ✓ |
| MMM. | WFB4 | MAY530-531 | Letter from to Plaintiff from World's Foremost Bank | 8/20/2014 | | ✓ |
| NNN. | WFB5 | | Credit Application of Plaintiff to World's Foremost Bank | 8/20/2014 | | ✓ |
| OOO. | MAY1 | NATIONSTAR 826-841 | Deed of Trust | 4/14/2007 | | ✓ |
| PPP. | MAY2 | NATIONSTAR 109-112 | Promissory Note | 3/30/2007 | | ✓ |
| QQQ. | MAY5 | MAY241-242 | Plaintiff's log of calls with Nationstar | | ✓ | |
| RRR. | MAY6 | MAY167 | Plaintiff's log of calls with Nationstar | | ✓ | |
| SSS. | MAY7 | MAY221-225 | Plaintiff's handwritten notes from calls with Nationstar | | | ✓ |
| TTT. | MAY9 | MAY401 | Plaintiff's handwritten notes from calls with Nationstar | 5/27/2014 | | ✓ |
| UUU. | MAY12 | MAY525-529 | Letters to Nationstar from Plaintiff requesting information | 3/10/2014 | | ✓ |
| VVV. | MAY13 | MAY172-173 | Letter to Plaintiff from the Bankruptcy Company | 3/31/2014 | | ✓ |
| WWW. | MAY14 | MAY170-171 | Letter to Plaintiff from Nationstar | 4/24/2014 | | ✓ |
| XXX. | MAY15 | MAY182-183 | Letter to Plaintiff from Nationstar | 5/8/2014 | | ✓ |
| YYY. | MAY16 | NATIONSTAR 355-357 | Letter to Nationstar from Plaintiff | 5/24/2014 | | ✓ |
| ZZZ. | MAY17 | NATIONSTAR 863 | Letter to Plaintiff from Nationstar | 6/2/2014 | | ✓ |
| AAAA. | MAY18 | MAY522-524 | Letter to Nationstar from Plaintiff. | 9/8/2014 | | ✓ |

5

| Def. Trial Ex. No. | Depo Ex. No. | Bates No. | Description | Date | Will Use | May Use |
|---|---|---|---|---|---|---|
| BBBB. | MAY19 | MAY568-569 | Letter to Healey from Nationstar | 10/31/2014 | | ✓ |
| CCCC. | MAY23 | MAY402-403 | U-Haul receipts dated 11/9/2013 and 1/28/2014 | | | ✓ |
| DDDD. | MAY24 | MAY602, 404 | U-Haul receipts dated 1/4/2014 and 10/23/2013 | | | ✓ |
| EEEE. | MAY25 | MAY405 | Walmart receipt | 10/24/2013 | | ✓ |
| FFFF. | MAE3 | MAY607-769 | Medical Records | | | ✓ |
| GGGG. | MMAY3 | | Letter from Probation Board to Matthew May. | 3/8/2013 | | ✓ |
| HHHH. | MUN1 | EIS-MAY-10-40 | Letter from May to Equifax regarding credit score dispute | 6/29/2014 | ✓ | |
| IIII. | MUN2 | EIS-MAY-8-9, 44-45 | Automated Consumer Dispute Verification request to Nationstar | 7/8/2014 | ✓ | |
| JJJJ. | MUN3 | EIS-MAY-41-43 | Equifax Report | 7/24/2014 | ✓ | |
| KKKK. | MUN4 | MAY492 | Equifax investigation results | 7/25/2014 | ✓ | |
| LLLL. | MUN5 | MAY494-509 | Credit Report | 8/19/2014 | ✓ | |
| MMMM. | MUN6 | MAY510-521 | Letter to Plaintiff from Equifax enclosing consumer credit file | 9/27/2014 | ✓ | |
| NNNN. | MUN8 | EIS-MAY-46-86 | Equifax Internal Report | | | ✓ |
| OOOO. | MUN9 | EIS-MAY-4-5 | AUD | 10/1/2014 | ✓ | |
| PPPP. | MUN10 | EIS-MAY-6-7 | AUD | 5/1/2015 | ✓ | |
| QQQQ. | MUN11 | - | Letter to Plaintiff from Equifax enclosing consumer credit file. | 7/1/2015 | | ✓ |
| RRRR. | | NATIONSTAR 276-303 | Fax from Plaintiff to Nationstar | 4/9/2013 | | ✓ |

6

| Def. Trial Ex. No. | Depo Ex. No. | Bates No. | Description | Date | Will Use | May Use |
|---|---|---|---|---|---|---|
| **SSSS.** | | NATIONSTAR 304-305 | Fax from Plaintiff to Nationstar | 4/15/2013 | | ✓ |
| **TTTT.** | | NATIONSTA8 43-857 | Letter to Nationstar from Plaintiff | 3/10/2014 | | ✓ |
| **UUUU.** | | NATIONSTAR 842 | Letter to Plaintiff from Nationstar | 3/19/2014 | | ✓ |
| **VVVV.** | | NATIONSTAR 858-859 | Letter to Plaintiff from Nationstar | 4/24/2014 | | ✓ |
| **WWWW.** | | MAY554-555 | Letter to Plaintiff from Nationstar | 5/8/2014 | | ✓ |
| **XXXX.** | MAE2 | MAESTAS7-163 | Medical Records | | | ✓ |
| **YYYY.** | | ROTHSCHILD 169-227 | Diagnostic and Statistical Manual excerpt on anxiety disorders | | ✓ | |
| **ZZZZ.** | | NATIONSTAR 377-394 | Broker Purchase Option | 1/24/2014 | ✓ | |
| **AAAAA.** | | NATIONSTAR 1688 | ACDV Response | 7/24/2014 | ✓ | |
| **BBBBB.** | | NATIONSTAR 1794 | AUD | 5/8/2015 | ✓ | |
| **CCCCC.** | | NATIONSTAR 1800-1851 | Collection History Profile | 5/8/2015 | ✓ | |
| **DDDDD.** | | NATIONSTAR 1852-1904 | Detailed Transaction Report | 5/12/2015 | ✓ | |
| **EEEEE.** | | | Equifax Credit Report for Jeannie K. May as of 03/03/2015 | | ✓ | |
| **FFFFF.** | | | Email from Matt Baxter re Posting of Funds to Hoyt Loan and Sending Money Back to Citi | 1/25/2013 | | ✓ |
| **GGGGG.** | | | Fax from Stacy Chambers to Sherry enclosing copy of check in amount of $5,769.02 and Citi trustee with ledger | 11/28/2012 | | ✓ |
| **HHHHH.** | | | Cash Exception Processing Email | 3/30/2013 | | ✓ |

7

DATE: October 27, 2015          Respectfully submitted,

*/s/ Jeffrey M. Tillotson*
_____
Jeffrey M. Tillotson, P.C.  (*Pro Hac Vice*)
Federal Bar No. 20039200T
jmt@lynnllp.com
Ben A. Barnes
Texas Bar No. 24088198
bbarnes@lynnllp.com
**LYNN TILLOTSON PINKER & COX, L.L.P.**
2100 Ross Avenue, Suite 2700
Dallas, Texas  75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile

Kevin M. Abel, #39568
Rhiana A. Luaders, #56535MO
Amy E. Breihan, #65499MO
**BRYAN CAVE LLP**
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri  63102
(314) 259-2000 Telephone
(314) 259-2020 Facsimile

**ATTORNEYS FOR DEFENDANT
NATIONSTAR MORTGAGE LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record are being served on October 27, 2015 with a copy of this document *via* the Court's CM/ECF system.

> HUMPHREYS WALLACE HUMPHREYS, P.C.
> David Humphreys, OBA #12346, *Pro Hac Vice*
> Luke J. Wallace, OBA #16070, *Pro Hac Vice*
> 9202 South Toledo Avenue
> Tulsa, Oklahoma 74137
> 918-747-5300 Telephone
> 918-747-5311 Facsimile
>
> Robert T. Healey, Jr., MO Bar No. 34138
> Healey Law LLC
> 640 Cepi Drive, Suite A
> Chesterfield, Missouri 63005
> 636-563-5175 Telephone
> 636-590-2882 Facsimile
> *ATTORNEYS FOR PLAINTIFF*

_____
Jeffrey M. Tillotson, P.C.

4840-9745-9498, v. 2