IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JEANNIE K. MAY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 4:14-CV-578-TCM |
| | ) |
| NATIONSTAR MORTGAGE, LLC. | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF CORRECTION OF PLAINTIFF'S FINAL EXHIBIT LIST**

Plaintiff Jeannie K. May submits this Notice of Correction regarding her Final Exhibit List. On Exhibit 154 bates-number MAY00005 was inadvertently omitted. On Exhibit 162 the mark indicating "May Use" was inadvertently omitted. On Exhibit 163 the documents labeled MAY00796-MAY00802 were provided to opposing counsel but were inadvertently omitted from the list.

| No. | Document Title | Bates-stamp | Will use | May use |
|---|---|---|---|---|
| 154 | NS correspondence to May, unapplied funds placed in suspense (various) | MAY00253, 00251, 00290, 00281, 00291, 00005 | ✓ | |
| 162 | Screenshots from NS servicing system | NATIONSTAR01795-01799 | | ✓ |
| 163 | Form 1040 -Federal Income Tax Returns for 2009, 2010, 2011, 2012, 2013 for May; Form W-2 –Wage and Tax Statement for 2013, 2014 for May | MAY00770-00772, 00773-00775, 00776-00778, 00779-00781, 00782-00784, 00796, 00797-00801, 00802 | | ✓ |

Respectfully submitted,

**HUMPHREYS WALLACE HUMPHREYS, P.C.**

By: /s/ Luke Wallace
David Humphreys, OBA # 12346, *Pro Hac Vice*
Luke J. Wallace, OBA # 16070, *Pro Hac Vice*
Paul Catalano, OBA # 22097, *Pro Hac Vice*
9202 South Toledo Avenue
Tulsa, Oklahoma 74137
918-747-5300 / 918-747-5311 Facsimile

Elizabeth S. Letcher, CA Bar No. 172986, *Pro Hac Vice*
Law Offices of Elizabeth S. Letcher
60 29th St, No. 221
San Francisco, CA 94110
415-643-4755 / 415-738-5400 Facsimile

Robert T. Healey, Jr., MO Bar No. 34138
Healey Law LLC
640 Cepi Drive, Suite A
Chesterfield, Missouri 63005
636-563-5175 / 636-590-2882 Facsimile
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 30th day of October, 2015, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing.  The Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

Kevin M. Abel
Amy E. Breihan
Rhiana A. Luaders
Bryan Cave LLP
One Metropolitan Square
211 N Broadway, Ste 3600
St. Louis, MO  63102

Jeffrey M. Tillotson
Lynn Tillotson Pinker & Cox LLP
2100 Ross Av, Ste 2700
Dallas, TX  75201
*Attorneys for Defendant Nationstar Mortgage LLC*

                                                                     _/s/ Luke Wallace_____