# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

MINUTES OF CIVIL TRIAL
_X_ Jury ____ Non Jury

Presiding Judicial Official <u>Honorable Thomas C. Mummert, III</u>  Date <u>11/16/2015</u> Trial Day <u>One</u>

Case Number :   <u>4:14CV578 TCM</u>
Case Style:     <u>Jeannie K. May v. Nationstar Mortgage, LLC</u>
Court Reporter: <u>G. Madden</u>              Clerk <u>C. Long</u>

Attorney (s) for Plaintiff:   <u>Luke Wallace, R. David Humphreys, Robert Healey</u>
Attorney (s) for Defendant: <u>Jeffrey Tillotson, Ben Barnes, Amy Breihan</u>

<u>X</u>  Jury impaneled and sworn  <u>X</u>  Opening Statement of <u>X</u> Plaintiff and <u>X</u> Defendant made
____ Defendant reserves Opening Statement
<u>X</u>  Plaintiff's evidence <u>X</u> commenced  but not concluded.
____ Defendant's evidence ___ commenced ___ and ___ but not ___ concluded
____ Plaintiff's evidence in rebuttal ___ commenced ___ and ___ but not ___ concluded
____ Defendant's evidence in sur-rebuttal ___ commenced ___ and ___ but not ___ concluded
_____
_____
_____

Motion for Judgment as a Matter of Law at close of Plaintiff's case submitted ___ orally ___ in writing
Motion ___ is argued.   Motion is ___ Overruled/Denied ___ Sustained
       ___ Taken Under Submission ___ Taken with the Case ___ The Court Reserves Ruling

____ Closing Arguments of Counsel made.        _____ Case taken under Submission.
_____
_____
_____

____ Jury is charged and retires to consider its verdict at _____ Verdict returned at _____
____ Jury has been given a special verdict in the form of written interrogatories for finding of fact
____ Jury is unable to agree upon its verdict by _____
____ Jury is excused to resume deliberations at _____

____ The Jury is polled on motion of Plaintiff(s) ____ Defendant(s) ____ Verdict is unanimous ____
____ Judgment is entered accordingly this date
____ Post trial briefs due _____

_____
_____
_____

____ The Court declares a MISTRIAL _____  Trial is reset to _____
____ Case is settled. Dismissal Papers due _____

Proceedings Commenced:   <u>9:19 a.m. – 11:45 a.m.</u>   Proceedings Concluded <u>1:10 p.m. – 5:10 p.m.</u>

Proceedings to continue on <u>Tuesday, November 17, 2015</u>  at    <u>8:30 a.m.</u>