IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| 1.  JEANNIE K. MAY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 4:14-CV-578-TCM |
| ) | |
| 1.  NATIONSTAR MORTGAGE, LLC. ) | |
| ) | |
| Defendant. ) | |

## DEPOSITION TRANSCRIPTS PRESENTED AT TRIAL

Comes now the Plaintiff, Jeannie K. May, and submits transcripts of deposition testimony presented by video at trial, as follows:

| Exhibit | Witness | Date Presented |
|---|---|---|
| 1. | Caroline Agyeman | November 16, 2015 |
| 2. | Tasharra Nance | November 16, 2015 |
| 3. | Andrea Kimbuta | November 17, 2015 |
| 4. | Paul Muller | November 17, 2015 |
| 5. | Andrew J. Loll | November 17, 2015 |
| 6. | Latonya Munson | November 18, 2015 |
| 7. | Doug Huss | November 18, 2015 |
| 8. | Dr. Daniel Maestas | November 18, 2015 |

Respectfully submitted,

**HUMPHREYS WALLACE HUMPHREYS, P.C.**

By:   /s/ Luke Wallace
David Humphreys, OBA # 12346, *Pro Hac Vice*
Luke J. Wallace, OBA # 16070, *Pro Hac Vice*
Paul Catalano, OBA # 22097, *Pro Hac Vice*
9202 South Toledo Avenue
Tulsa, Oklahoma 74137
918-747-5300 / 918-747-5311 Facsimile

Elizabeth S. Letcher, CA Bar No. 172986, *Pro Hac Vice*
Law Offices of Elizabeth S. Letcher
60 29th St, No. 221

San Francisco, CA  94110
415-643-4755 / 415-738-5400 Facsimile

Robert T. Healey, Jr., MO Bar No. 34138
Healey Law LLC
640 Cepi Drive, Suite A
Chesterfield, Missouri  63005
636-563-5175 / 636-590-2882 Facsimile
**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November, 2015, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing.  The Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

Kevin M. Abel
Amy E. Breihan
Rhiana A. Luaders
Bryan Cave LLP
One Metropolitan Square
211 N Broadway, Ste 3600
St. Louis, MO  63102

Jeffrey M. Tillotson
Ben A. Barnes
Lynn Tillotson Pinker & Cox LLP
2100 Ross Av, Ste 2700
Dallas, TX  75201
*Attorneys for Defendant Nationstar Mortgage LLC*

/s/ Luke Wallace