# EXHIBIT LIST

# Style: Jeannie K. May v. Nationstar Mortgage, LLC
# Case No: 4:14CV578 TCM

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 2 |  | 1 Agyeman,6 | 11/16/15 |  |  | NS Collection History Profile -printed 05/08/2015 (with redaction on NS01847 concerning settlement) | 11/20/15 |
| 3 |  | 1 | 11/16/15 |  |  | Transcript of Audio Recording dated 04/10/2013 and labeled NATIONSTAR00817 (Depo Exhibit 2 – Agyeman) | 11/20/15 |
| 4 |  | 1 | 11/16/15 |  |  | Audio Recording of telephone call between Agyeman and May dated 04/10/2013 | 11/20/15 |
| 5 |  | 1,6 | 11/16/15 |  |  | 2013-03-14 NS correspondence to May enclosing 12-month Payment History (Depo Exhibit 3 – Agyeman, Loll) | 11/20/15 |
| 6 |  | 1 | 11/16/15 |  |  | Transcript of Audio Recording dated 04/20/2013 and labeled NATIONSTAR00819 (Depo Exhibit 4 – Agyeman) | 11/20/15 |
| 7 |  | 1 | 11/16/15 |  |  | Audio Recording of telephone call between Agyeman and May dated 04/20/2013 | 11/20/15 |
| 8 |  | 1, 10 | 11/16/15 |  |  | 2013-04-09 May fax to A. Jackson (NS) (Depo Exhibit 5 – Agyeman, Loll) | 11/20/15 |
| 9 |  | 1, 10 | 11/16/15 |  |  | 2013-04-23 May email to C. Agyeman (NS) (Depo Exhibit 6 – Agyeman) | 11/20/15 |
| 10 |  | 1 | 11/16/15 |  |  | Transcript of Audio Recording dated 04/23/2013 and labeled NATIONSTAR00824 (Depo Exhibit 7 – Agyeman) | 11/20/15 |
| 11 |  | 1 | 11/16/15 |  |  | Audio Recording of telephone call between Agyeman and May dated 04/23/2013 | 11/20/15 |
| 12 |  | 1, 10 | 11/16/15 |  |  | 2013-04-22 May fax to Research (NS) (Depo Exhibit 8 – Agyeman, Loll) | 11/20/15 |

EXHIBITS RETURNED TO COUNSEL      ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff    **Δ** = defendant    **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and  date    **Page __1__ of ___1___**

# EXHIBIT LIST

## Style: Jeannie K. May v. Nationstar Mortgage, LLC
## Case No: 4:14CV578 TCM

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 13 |  | 1, 6, 10 | 11/16/15 |  |  | 2013-04-30 May email to C. Agyeman (NS) (Depo Exhibit 9 – Agyeman) | 11/20/15 |
| 14 |  | 1 | 11/16/15 |  |  | Transcript of Audio Recording dated 04/30/2013 and labeled NATIONSTAR00820 (Depo Exhibit 10 – Agyeman) | 11/20/15 |
| 15 |  | 1 | 11/16/15 |  |  | Audio Recording of telephone call between Agyeman and May dated 04/30/2013 | 11/20/15 |
| 16 |  | 1, 10 | 11/16/15 |  |  | 2013-04-19 NS correspondence to May, loan in default (Depo Exhibit 11 – Agyeman, Loll) | 11/20/15 |
| 17 |  | 2 Nance | 11/16/15 |  |  | Transcript of Audio Recording dated 07/08/2013 and labeled NATIONSTAR00825 (Depo Exhibit 12 – Nance) | 11/20/15 |
| 18 |  | 2 | 11/16/15 |  |  | Audio Recording of telephone call between Nance and May dated 07/08/2013 | 11/20/15 |
| 19 |  | 2 | 11/16/15 |  |  | Transcript of Audio Recording dated 10/04/2013 and labeled NATIONSTAR00821 (Depo Exhibit 13 – Nance) | 11/20/15 |
| 20 |  | 2 | 11/16/15 |  |  | Audio Recording of telephone call between Nance and May dated 10/04/2013 | 11/20/15 |
| 21 |  | 2 | 11/16/15 |  |  | NS Process Management Notes (Depo Exhibit 14 – Nance, Loll) | 11/20/15 |
| 22 |  | 3 Kimbuta | 11/16/15 |  |  | Transcript of Audio Recording dated 08/09/2013 and labeled NATIONSTAR1700 (Depo Exhibit 15 – Kimbuta) | 11/20/15 |
| 23 |  | 3 | 11/16/15 |  |  | Audio Recording of telephone call between Kimbuta and May dated 08/09/2013 | 11/20/15 |

EXHIBITS RETURNED TO COUNSEL       ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff     **Δ** = defendant       **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and date    **Page __2__ of __2__**

# EXHIBIT LIST

## Style: Jeannie K. May v. Nationstar Mortgage, LLC
## Case No: 4:14CV578 TCM

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 24 | | 3, 10 | 11/16/15 | | | 2013-04-18 NS Mortgage Loan Statement (Depo Exhibit 16 – Kimbuta, Loll) | 11/20/15 |
| 25 | | 3 | 11/16/15 | | | Transcript of Audio Recording dated 08/22/2013 and labeled NATIONSTAR1702 (Depo Exhibit 17 – Kimbuta) | 11/20/15 |
| 26 | | 3 | 11/16/15 | | | Audio Recording of telephone call between Kimbuta and May dated 08/22/2013 | 11/20/15 |
| 27 | | 5, 6 Loll (video) | 11/17/15 | | | 2015-04-03 NS Mortgage Loan Statement (Depo Exhibit 18 – Loll) | 11/20/15 |
| 29 | | 5, 10 | 11/17/15 | | | 2013-02-26 NS Mortgage Loan Statement (Depo Exhibit 20 – Loll) | 11/20/15 |
| 30 | | 5, 10 | 11/17/15 | | | 2013-01-06 Order Discharging Debtor filed 01/05/2013 (USBC-MOED Case 07-47405) (Depo Exhibit 21 – Loll) | 11/20/15 |
| 31 | | 5 | 11/17/15 | | | Motion for Relief from Automatic Stay filed 04/18/2011 (USBC-MOED Case 07-47405) (Depo Exhibit 22 – Loll) | 11/20/15 |
| 32 | | 5, 10 | 11/17/15 | | | Image of USBank Cashier's Check in amount of $4838.38 dated 05-06-2011 (Depo Exhibit 23 – Loll) | 11/20/15 |
| 33 | | 5 | 11/17/15 | | | Withdrawal of Motion for Relief from Automatic Stay filed 05/18/2011 (USBC-MOED Case 07-47405) (Depo Exhibit 24 – Loll) | 11/20/15 |
| 34 | | 5 | 11/17/15 | | | 2013-03-11 NS Mortgage Loan Statement (Depo Exhibit 25 – Loll) | 11/20/15 |
| 35 | | 5, 10 | 11/17/15 | | | 2013-04-10 May email to F. Williams (NS) (Depo Exhibit 28 – Loll) | 11/20/15 |

EXHIBITS RETURNED TO COUNSEL        ☐ EXHIBITS RETAINED BY COURT
**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used     **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and date     **Page __3__ of __3__**

# EXHIBIT LIST

## Style: Jeannie K. May v. Nationstar Mortgage, LLC
## Case No: 4:14CV578 TCM

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 36 |  | 5, 10 | 11/17/15 |  |  | 2013-04-15 May fax to V. Jackson (NS) enclosing check image (cashier's check in amount of $4838.38) (Depo Exhibit 29 – Loll) | 11/20/15 |
| 37 |  | 5 | 11/17/15 |  |  | 2013-05-02 NS correspondence to May, researching your request of 04/23/2013 (Depo Exhibit 30 – Loll) | 11/20/15 |
| 38 |  | 5, 10 | 11/17/15 |  |  | 2013-05-08 NS correspondence to May, Trial Period Plan offer (Depo Exhibit 32 – Loll) | 11/20/15 |
| 39 |  | 5, 10 | 11/17/15 |  |  | 2013-05-08 NS correspondence to May, mortgage seriously delinquent (Depo Exhibit 33 – Loll) | 11/20/15 |
| 40 |  | 5, 6, 10 | 11/17/15 |  |  | 2013-08-21 May correspondence to NS, QWR (Depo Exhibit 42 – Loll) | 11/20/15 |
| 41 |  | 5, 6, 10 | 11/17/15 |  |  | 2013-09-03 NS correspondence to May, response to QWR dated 08/21/2013 (Depo Exhibit 43 – Loll; Depo Exhibit 11 - May) | 11/20/15 |
| 42 |  | 5, 6 | 11/17/15 |  |  | 2013-09-03 email chain between M. Amaya and E. Brown (NS) (Depo Exhibit 44 – Loll) | 11/20/15 |
| 43 |  | 5, 6, 10 | 11/17/15 |  |  | 2013-08-21 NS correspondence to May, offering loan modification (Depo Exhibit 45 – Loll) | 11/20/15 |
| 44 |  | 5, 10 | 11/17/15 |  |  | 2013-08-30 NS correspondence to May, notice of default (Depo Exhibit 46 – Loll) | 11/20/15 |
| 45 |  | 5 | 11/17/15 |  |  | 2013-09-18 NS Mortgage Loan Statement (Depo Exhibit 47 – Loll) | 11/20/15 |
| 46 |  | 5, 10 | 11/17/15 |  |  | 2013-11-05 Foreclosure attorney correspondence to May (Depo Exhibit 48 – Loll) | 11/20/15 |

EXHIBITS RETURNED TO COUNSEL        ☐ EXHIBITS RETAINED BY COURT
**π** = plaintiff     **Δ** = defendant      **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and  date      **Page  4   of    4**

# EXHIBIT LIST

## Style: Jeannie K. May v. Nationstar Mortgage, LLC
## Case No: 4:14CV578 TCM

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 50 |  | 5, 6, 10 | 11/17/15 |  |  | 2014-01-21 Foreclosure attorney correspondence to Healey, Notice of Trustee's Sale (Depo Exhibit 50 – Loll) | 11/20/15 |
| 51 |  | 5 | 11/17/15 |  |  | 2014-01-27 Equifax Credit Report for Jeannie K. May (Depo Exhibit 51 – Loll) | 11/20/15 |
| 53 |  | 5, 6 | 11/17/15 |  |  | 2014-07-08 ACDV by NS to Equifax (Depo Exhibit 53 – Loll) | 11/20/15 |
| 54 |  | 5 | 11/17/15 |  |  | NS Credit Reporting Disputes Procedures (Depo Exhibit 54 – Loll) | 11/20/15 |
| 55 |  | 5 | 11/17/15 |  |  | 2014-09-27 Equifax Credit Report for Jeannie K. May (Depo Exhibit 55 – Loll) | 11/20/15 |
| 56 |  | 5, 6 | 11/17/15 |  |  | 2013-03-30 email chain including Cash Exception Processing, John M. Jurgenson, and others (NS) (Depo Exhibit 56 – Loll) | 11/20/15 |
| 57 |  | 5 | 11/17/15 |  |  | 2014-06-20 NS correspondence to May, Lender Paid Expense Balance Breakdown (Depo Exhibit 57 – Loll) | 11/20/15 |
| 215 |  | 6 Loll (live) | 11/17/15 | X | O/R | NMHI Form 10-K Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 For fiscal year ended 12/31/2014 | 11/17/15 Certain pages only |
| 106 |  | 6, 10 | 11/17/15 |  |  | 2014-03-10 May correspondence to NS, QWR | 11/20/15 |
| 107 |  | 6 | 11/17/15 |  |  | 2014-03-10 May correspondence to NS, QWR follow-up with check enclosed | 11/20/15 |
| 108 |  | 6 | 11/17/15 |  |  | 2014-03-31 The Bankruptcy Company correspondence to May, forwarding NS correspondence dated 03/19/2014 (Depo Exhibit 13 - May) | 11/20/15 |

EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT
**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and  date     **Page  5   of    5**

# EXHIBIT LIST

## Style: Jeannie K. May v. Nationstar Mortgage, LLC
## Case No: 4:14CV578 TCM

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 109 | | 6, 10 | 11/17/15 | | | 2014-04-24 NS correspondence to May, request additional time to respond to QWR dated 03/10/2014 (Depo Exhibit 14 - May) | 11/20/15 |
| 110 | | 6, 10 | 11/17/15 | | | 2014-05-08 NS correspondence to May, response to QWR dated 03/10/2014 acknowledging error of misapplied funds (Depo Exhibit 15 - May) | 11/20/15 |
| 111 | | 6 | 11/17/15 | | | 2014-05-24 May correspondence to NS, Request for Information and Notice of Error and response to NS correspondence dated 05/08/2014 (Depo Exhibit 16 - May) | 11/20/15 |
| 112 | | 6 | 11/17/15 | | | 2014-06-02 NS correspondencd to May, acknowledging correspondence dated 05/29/2014 (Depo Exhibit 17 - May) | 11/20/15 |
| 113 | | 6 | 11/17/15 | | | 2014-09-08 May correspondence to NS, Request for Information and Notice of Error (Depo Exhibit 18 - May) | 11/20/15 |
| 47 | | 6 | 11/17/15 | | | 2013-12-19 Healey correspondence to foreclosure attorney disputing 11/05/2013 notice of default | 11/20/15 |
| 48 | | 6 | 11/18/15 | | | 2013-12-30 MLLF response to Healey letter dated 12/19/2013 | 11/20/15 |
| 49 | | 6 | 11/18/15 | | | 2014-01-14 Healey ltr to NS, need substantive response to 12/19/2013 letter | 11/20/15 |
| 157 | | 6, 10 | 11/18/15 | | | Various Property Inspection Reports | 11/20/15 |
| 161 | | 6 | 11/18/15 | | | Property Inspection Invoices (various) | 11/20/15 |

EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT
**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use  and  date     **Page  6   of    6**

# EXHIBIT LIST

## Style: Jeannie K. May v. Nationstar Mortgage, LLC
## Case No: 4:14CV578 TCM

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 233 |  | 6 | 11/18/15 |  |  | Defendant's Amended and Supplemental Answers and Objections to Plaintiff's Discovery Requests dated 04/29/2014 – served 03/31/2015 | 11/20/15 |
| 64 |  | 6, 7 | 11/18/15 |  |  | 2014-06-29 May correspondence to Equifax, disputing information reported by NS (Depo Exhibit 1 – Munson) | 11/20/15 |
| 214 |  | 6 | 11/18/15 |  |  | Nationstar's Credit Reporting Disputes Procedures | 11/20/15 |
| 114 |  | 6, 10 | 11/18/15 |  |  | 2014-10-31 NS correspondence to Healey, response to correspondence dated 09/21/2014 -no error occurred (Depo Exhibit 19 - May) | 11/20/15 |
|  | BBBBB | 6 | 11/18/15 |  |  | AUD  5/8/2015 | 11/20/15 |
|  | EEEEE | 6 | 11/18/15 |  |  | Equifax Credit Report for Jeannie K. May as of 03/03/2015 | 11/20/15 |
|  | IIIII | 6 | 11/18/15 |  |  | Nationstar's Current statement for Jeannie K. May dated 11/3/2015 | 11/20/15 |
|  | OOO | 6 | 11/18/15 |  |  | Deed of Trust 4/14/2007 | 11/20/15 |
|  | JJJJJ | 6 | 11/18/15 |  |  | Contact Information for A.J. Loll | 11/20/15 |
| 176 |  | 6 | 11/18/15 |  |  | Authoritative Sources:  Bankruptcy - 3 (date created 12/21/2012) | 11/20/15 |
| 177 |  | 6 | 11/18/15 |  |  | Control Standards:  Bankruptcy- Communication Standard (date created 2/21/2013) | 11/20/15 |

EXHIBITS RETURNED TO COUNSEL        ☐ EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    ID = first date exhibit is used    W# = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and  date    **Page  7   of     7**

# EXHIBIT LIST

## Style: Jeannie K. May v. Nationstar Mortgage, LLC
## Case No: 4:14CV578 TCM

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 178 | | 6 | 11/18/15 | | | P & M: Bankruptcy Notification Procedures (date created 3/22/2014) | 11/20/15 |
| 179 | | 6 | 11/18/15 | | | P & M: Bankruptcy Payment Processing Procedures (date created 3/22/2014) | 11/20/15 |
| 180 | | 6 | 11/18/15 | | | Control Standards: Bankruptcy Standard (date created 2/21/2013) | 11/20/15 |
| 181 | | 6 | 11/18/15 | | | Amended Proof of Claim Report | 11/20/15 |
| 182 | | 6 | 11/18/15 | | | Bankruptcy Cram Down | 11/20/15 |
| 183 | | 6 | 11/18/15 | | | Bankruptcy Filings (Emails) | 11/20/15 |
| 184 | | 6 | 11/18/15 | | | Bankruptcy Policy | 11/20/15 |
| 185 | | 6 | 11/18/15 | | | Bankruptcy Verification/Setup Manual Review | 11/20/15 |
| 186 | | 6 | 11/18/15 | | | Bankruptcy Gain Loss Review - Equity Analysis Policy and Procedure (date created 8/26/2010) | 11/20/15 |
| 187 | | 6 | 11/18/15 | | | Chapter 13 Plan Review | 11/20/15 |
| 188 | | 6 | 11/18/15 | | | Chapter 13 Discharges | 11/20/15 |
| 189 | | 6 | 11/18/15 | | | Complete Motion For Relief Template | 11/20/15 |
| 190 | | 6 | 11/18/15 | | | Complete Proof of Claim Template Procedures | 11/20/15 |

EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used     **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and date     **Page __8__ of __8__**

# EXHIBIT LIST

## Style: Jeannie K. May v. Nationstar Mortgage, LLC
## Case No: 4:14CV578 TCM

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 191 | | 6 | 11/18/15 | | | Dismissal | 11/20/15 |
| 192 | | 6 | 11/18/15 | | | Procedures Motion For Relief | 11/20/15 |
| 193 | | 6 | 11/18/15 | | | No POC Filed Report | 11/20/15 |
| 194 | | 6 | 11/18/15 | | | Proof of Claim | 11/20/15 |
| 195 | | 6 | 11/18/15 | | | Reactivating Bankruptcy Cases | 11/20/15 |
| 196 | | 6 | 11/18/15 | | | Adversary Procedures | 11/20/15 |
| 197 | | 6 | 11/18/15 | | | Bankruptcy Setup | 11/20/15 |
| 198 | | 6 | 11/18/15 | | | Review Docket Report | 11/20/15 |
| 199 | | 6 | 11/18/15 | | | Perform Setup in LSAMS | 11/20/15 |
| 200 | | 6 | 11/18/15 | | | Bk Escrow Analysis Procedures | 11/20/15 |
| 201 | | 6 | 11/18/15 | | | Closing Process - Chapter 7,11,12, & 13 | 11/20/15 |
| 202 | | 6 | 11/18/15 | | | Tasks in LSAMS, PACER, and LPS to process a Chapter 7 Motion For Relief | 11/20/15 |
| 203 | | 6 | 11/18/15 | | | LPS Desktop Process Management Bankruptcy Configuration Manual (date created 10/16/2012) | 11/20/15 |

☒ EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used     **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and date     **Page 9 of 9**

# EXHIBIT LIST

## Style: Jeannie K. May v. Nationstar Mortgage, LLC
## Case No: 4:14CV578 TCM

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 204 | | 6 | 11/18/15 | | | Notice of Final Cure & Objection | 11/20/15 |
| 205 | | 6 | 11/18/15 | | | Proof Of Claim, Plan Review and Plan Objection Procedures | 11/20/15 |
| 206 | | 6 | 11/18/15 | | | BK Affidavit Initial Review | 11/20/15 |
| 207 | | 6 | 11/18/15 | | | Closing Process - Chapter 7,11,12, & 13 For Discharges, Chapter 11 Confirmations, Dismissals | 11/20/15 |
| 208 | | 6 | 11/18/15 | | | Job aid:  Different methods for the interest calculation for proof of claim | 11/20/15 |
| 209 | | 6 | 11/18/15 | | | Motion for Relief Affidavit Processor Checklist | 11/20/15 |
| 210 | | 6 | 11/18/15 | | | Motion for Relief:  Delinquency Review, Motion For Relief | 11/20/15 |
| 211 | | 6 | 11/18/15 | | | Proof Of Claim | 11/20/15 |
| 212 | | 6 | 11/18/15 | | | Bankruptcy Department Suspense Procedures (date created 10/9/2013) | 11/20/15 |
| 213 | | 6 | 11/18/15 | | | Pizza Boy:  TOC Process (Pizza Boy aka 4S website) | 11/20/15 |
| | G | 6 | 11/18/15 | | | Fax from Plaintiff to Nationstar including payment listing | 11/20/15 |
| | A | 6 | 11/18/15 | | | Collection History Profile  3/3/2014 | 11/20/15 |
| | FF | 6 | 11/18/15 | | | Mortgage Loan Statement  March 11, 2013 | 11/20/15 |

EXHIBITS RETURNED TO COUNSEL        ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff     **Δ** = defendant        **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and  date     **Page   10    of      10**

# EXHIBIT LIST

## Style: Jeannie K. May v. Nationstar Mortgage, LLC
## Case No: 4:14CV578 TCM

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
|  | FFFFF | 6 | 11/18/15 |  |  | Email from Matt Baxter re Posting of Funds to Hoyt Loan and Sending Money Back to Citi | 11/20/15 |
|  | W | 6 | 11/18/15 |  |  | Mortgage Loan Statement May 1, 2013 | 11/20/15 |
|  | M | 6 | 11/18/15 |  |  | Transcript of telephone call between Plaintiff and Nationstar 4/30/2013 | 11/20/15 |
| 119 |  | 6 | 11/18/15 |  |  | 2013-05-02 Internal NS email chain | 11/20/15 |
| 120 |  | 6 | 11/18/15 |  |  | 2013-06-04 NS correspondence to May, Trial Period Plan offer | 11/20/15 |
|  | UU | 6 | 11/18/15 |  |  | Letter from Plaintiff to Nationstar 8/21/13 | 11/20/15 |
|  | VV | 6 | 11/18/15 |  |  | Letter from Nationstar to Plaintiff enclosing Plaintiff's loan documents 9/3/13 (Response to UU) | 11/20/15 |
|  | KKKKK | 6 | 11/18/15 |  |  | Equifax investigation results 7/25/14 | 11/18/15 |
| 65 |  | 7, Munson | 11/18/15 |  |  | 2014-07-08 ACDV by NS to Equifax (Depo Exhibit 2 – Munson) | 11/20/15 |
| 66 |  | 7 | 11/18/15 |  |  | 2014-07-25 ACIS Case (Depo Exhibit 3 – Munson) | 11/20/15 |
| 67 |  | 7 | 11/18/15 |  |  | 2014-07-25 Equifax correspondence to May, results of investigation (Depo Exhibit 4 – Munson) | 11/20/15 |
| 68 |  | 7 | 11/18/15 |  |  | 2014-08-19 Equifax Credit Report for May (Depo Exhibit 5 – Munson) | 11/20/15 |

EXHIBITS RETURNED TO COUNSEL    ☐ EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    ID = first date exhibit is used    W# = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and date    **Page __11__ of ___11___**



# EXHIBIT LIST

## Style: Jeannie K. May v. Nationstar Mortgage, LLC
## Case No: 4:14CV578 TCM

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 69 | | 7 | 11/18/15 | | | 2014-09-27 Equifax Credit Report for May (Depo Exhibit 6 – Munson) | 11/20/15 |
| 70 | | 7 | 11/18/15 | | | Terminal Audit Information (Depo Exhibit 7 – Munson) | 11/20/15 |
| 72 | | 7 | 11/18/15 | | | Automated Universal Data from Equifax to NS dated 10/23/2014 (Depo Exhibit 9 – Munson) | 11/20/15 |
| 73 | | 7 | 11/18/15 | | | Automated Universal Data from Equifax to NS dated 05/08/2015 (Depo Exhibit 10 – Munson) | 11/20/15 |
| 74 | | 7 | 11/18/15 | | | 2015-07-01 Equifax Credit Report for May (Depo Exhibit 11 – Munson) | 11/20/15 |
| 101 | | 8 Maestas | 11/18/15 | | | Subpoena to Mercy Clinic by NS and responsive documents (Depo Exhibit 2 – Maestas) | 11/20/15 |
| | LLL | 9 Huss | 11/19/15 | | | Credit Application of Plaintiff to World's Foremost Bank  5/5/2014 | 11/20/15 |
| | NNN | 9 | 11/19/15 | | | Credit Application of Plaintiff to World's Foremost Bank     8/20/2014 | 11/20/15 |
| 58 | | 9 | 11/19/15 | | | Notice of Subpoena to World's Foremost Bank, N.A. (Depo Exhibit 1 – Huss) | 11/20/15 |
| 59 | | 9 | 11/19/15 | | | 2014-05-05 WFB correspondence to May, denial of credit (Depo Exhibit 2 – Huss; Depo Exhibit 27 - May) | 11/20/15 |
| 60 | | 9 | 11/19/15 | | | WFB Credit Application for May dated 05/05/2014 (electronic form) (Depo Exhibit 3 – Huss) | 11/20/15 |
| 61 | | 9 | 11/19/15 | | | 2014-08-20 WFB correspondence to May, denial of credit (Depo Exhibit 4 – Huss; Depo Exhibit 28 - May) | 11/20/15 |

EXHIBITS RETURNED TO COUNSEL       ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff     **Δ** = defendant      **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and  date     **Page <u>  12  </u> of <u>    12    </u>**

# EXHIBIT LIST

## Style: Jeannie K. May v. Nationstar Mortgage, LLC
## Case No: 4:14CV578 TCM

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 62 | | 9 | 11/19/15 | | | WFB Credit Application for May dated 08/20/2014 (electronic form) (Depo Exhibit 5 – Huss) | 11/20/15 |
| 63 | | 9 | 11/19/15 | | | 2014-05-05 Cabela's Credit Application by May (handwritten) | 11/20/15 |
| 115 | | 10 May | 11/19/15 | | | USBC Notice of Final Cure Payment, filed 11/15/2012 | 11/20/15 |
| 116 | | 10 | 11/19/15 | | | USBC Response to Notice of Final Cure, filed 11/29/2012 | 11/20/15 |
| 105 | | 10 | 11/19/15 | | | Detailed dates of Calls w/ NS (02/25/2013 - 04/30/2013, 05/30/2013 - 10/24/2013), prepared by witness (Depo Exhibits 5, 6 - May) | 11/20/15 |
| 154 | | 10 | 11/19/15 | | | NS correspondence to May, unapplied funds placed in suspense (various) | 11/20/15 |
| 155 | | 10 | 11/19/15 | | | USBank correspondence to May, funds returned by NS (various) Sept. 12th | 11/20/15 |
| 148 | | 10 | 11/19/15 | | | Receipts for packing expenses (various) (Depo Exhibits 23, 24, 25 - May) | 11/20/15 |
| 149 | | 10 | 11/19/15 | | | NS correspondence to May, returning funds (various) | 11/20/15 |
| 135 | | 10 | 11/19/15 | | | 2015-03-25 May correspondence to NS, requesting monthly statements and Form 1098 for year 2014 | 11/20/15 |
| 146 | | 10 | 11/19/15 | | | Mail receipts (various) | 11/20/15 |
| 147 | | 10 | 11/19/15 | | | Handwritten notes by May (various) | 11/20/15 |

EXHIBITS RETURNED TO COUNSEL       ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used     **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and date     **Page __13__ of ____13____**

# EXHIBIT LIST

## Style: Jeannie K. May v. Nationstar Mortgage, LLC
## Case No: 4:14CV578 TCM

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 153 |  | 10 | 11/19/15 |  |  | NS correspondence to May, new Single Point of Contact-SPOC (various) | 11/20/15 |
| 158 |  | 10 | 11/19/15 |  |  | Pettigrew Rejected Payment Transactions | 11/20/15 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

EXHIBITS RETURNED TO COUNSEL       ☐ EXHIBITS RETAINED BY COURT
**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used     **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and  date     **Page  14   of     14**

