UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Jeannie K. May | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:14CV578 TCM |
| Nationstar Mortgage, LLC, | ) ) ) |
| Defendant. | ) ) |

## EXHIBIT RECEIPT

I have this date received all exhibits received in evidence, and shall retain said exhibits until the time for filing a Notice of Appeal has expired.

_____
Attorney For Plaintiff(s)

_____
Attorney for Defendant(s)

_____

11/20/15
DATE